| | |
|---|---|
| 1 | FELIPA R. RICHLAND, SBN 112458 |
| | **RICHLAND & ASSOCIATES** |
| 2 | 8383 Wilshire Boulevard |
| | Suite 708 |
| 3 | Beverly Hills, CA 90211 |
| | (323) 651-5951 - Telephone |
| 4 | (323) 651-1088 - Facsimile |
| 5 | Attorneys for Plaintiff, |
| | GIANNI VERSACE, S.p.A. |

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___ NO
JS-2/JS-3 ___
Scan Only ___

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2003
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED BUT NOT FILED
NOV 12 2003
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corporation, | CASE NO.: CV 03-3254 SJO (RNBx) |
| Plaintiff, | FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [~~PROPOSED~~] ORDER THEREON WITH RESPECT TO DEFENDANTS, |
| -vs- | |
| MONIR M. AWADA, an Individual; MOHAMED BEDIER, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an Individual; SAMIR MOURAD, an Individual; | 1. JAVINCCI, INC.<br>2. BASSAM ADNAN GHACHAM<br>3. ALI ADNAN GHACHAM<br>4. TAGRID ADNAN GHACHAM<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: May 9, 2003<br>Trial Date: 11/16/04 |

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: ADNAN GHACHAMS Final Judgment & Perm. Injunction

ENTERED ON ICMS
NOV 14 2003
CV

| | |
|---|---|
| 1 | YAMEL MOURAD, an Individual; YOUNG JIN PARK, an Individual; ABDEL NABI |
| 2 | SAAB, an Individual; ALEX SAAB, an Individual; ALI HUSSEIN SAAB, an |
| 3 | Individual; ALI NAIM SAAB, an Individual; ELSA SAAB, an Individual; HASSAN |
| 4 | SAAB, an Individual; HUSSEIN YOUSSEF SAAB, an Individual; AHMAD M. SAAB, an |
| 5 | Individual; TASHIN SAAB, an Individual; YOUSEF SAAB, an Individual; AHMED |
| 6 | KHALIL SALEH, an Individual; HUSSEIN KHALIL SALEH, an Individual; |
| 7 | MAHMOUD KHALIL SALEH, an Individual; ABBAS SALEH SALEH, an |
| 8 | Individual; ALI SALEH SALEH, an Individual; HASSAN SALEH SALEH, an |
| 9 | Individual; HUSSEIN SALEH SALEH, an Individual; NAJIBE SALEH SALEH, an |
| 10 | Individual; ABBAS MAHMOUD SALEH, an Individual; ALI SLEIMAN SALEH, an |
| 11 | Individual; HUSSEIN ALI SALEH, an Individual; MIRIAM S. SALEH, an |
| 12 | Individual; MUSTAPHA ALI SALEH, an Individual; AHMAD SALIM, an Individual; |
| 13 | IKHLAS SALIM, an Individual; ANA MARIA SANDOVAL, an Individual; JOSE |
| 14 | G. SANDOVAL, an Individual; ALI M. TEHFI, an Individual; KHALED TEHFE, an |
| 15 | Individual; NAZIH TEHFE, an Individual; AMA CASUALS, INC., a California |
| 16 | Corporation; AWADA BROS, INC., a California Corporation; AWADA |
| 17 | BROTHERS, INC., a California Corporation; THE BRAND NAME CONNECTION, |
| 18 | INC., a California Corporation; CENSO UNICO, INC., a California Corporation; |
| 19 | DENIM PALACE, INC., a California Corporation; GHACHAM, INC., a California |
| 20 | Corporation; HIP HOP CONNECTIONS, INC., a California Corporation; JAVINCCI, |
| 21 | LLC., a California Limited Liability Corporation; LA BRAND NAME, INC., a |
| 22 | California Corporation; LIMITED CLOTHING, INC., a California Corporation; |
| 23 | LOS HERMANOS, INC., a California Corporation; MAS SPORTSWEAR, INC., a |
| 24 | California Corporation; MGM TRADING, INC., a California Corporation; MIRAGE |
| 25 | CONNECTION, INC., a California Corporation; NUEVA TIENDA, INC., a |
| 26 | California Corporation **dba** NUEVA TIENDA; SAAB & SONS CLOTHING, INC., a |
| 27 | California Corporation; SAAB GROUP, INC., a California Corporation; SPORT |
| 28 | JEANS, INC., a California Corporation; |

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

| | |
|---|---|
| 1 | **TRES HERMANOS INC.**, a California Corporation; and **UNESCO JEANS, INC.**, a California Corporation aka UNESCO, INC., and DOE10, unknown business entity, Inclusive, |
| 2 | |
| 3 | |
| 4 | Defendants. |

Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and Defendants BASSAM ADNAN GHACHAM, an individual, dba Jeans International and Javincci, Inc., ALI ADNAN GHACHAM, an individual, dba Jeans International, TAGRID ADNAN GHACHAM, an individual, dba Jeans International and JAVINCCI, INC., a California Corporation referred to collectively as the "ADNAN GHACHAM DEFENDANTS, stipulate and consent to the following:

**WHEREAS**, the ADNAN GHACHAM DEFENDANTS, with reckless disregard for VERSACE's exclusive rights to and use of, adopted and began using trademarks in the United States which infringe or otherwise violate VERSACE's registered trademarks: GIANNI VERSACE, VJC, VERSACE and the MEDUSA designs (the "VERSACE trademarks") as identified in VERSACE's Complaints;

**WHEREAS**, ADNAN GHACHAM DEFENDANTS' use of names and marks which incorporate one or more of the VERSACE trademarks is likely to cause confusion as to source or origin;

**WHEREAS**, based upon VERSACE's good faith prior use of the VERSACE trademarks, VERSACE has superior and exclusive rights in and to the VERSACE trademarks in the United States and any confusingly similar names or marks; and

**WHEREAS**, this Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

///
///
///

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: ADNAN GHACHAMS Final Judgment & Perm Injunction

3 of 7

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendants, JAVINCCI, INC., BASSAM ADNAN GHACHAM, ALI ADNAN GHACHAM and TAGRID ADNAN GHACHAM, their parents, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in active concert or participation with them, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE trademarks or any marks similar thereto, as identified in Exhibit 1 to the Complaints and on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

(A) Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

(B) Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or trade dress;

(C) Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D) Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC ADNAN GHACHAMS Final Judgment & Perm Injunction

4 of 7

VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E) Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession, custody or control bearing a design, or mark substantially identical to or confusingly similar with or any or all of the GIANNI VERSACE trademarks or trade dress;

(F) Diluting and infringing the VERSACE trademarks and damaging VERSACE's goodwill, reputation and businesses;

(G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its subsidiaries or affiliated companies.

(H) Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

(I) Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks, or confusingly similar mark, trade name, trade dress, logos or design;

(J) Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above; and

(K) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution, advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above.

2. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of, the Settlement Agreement, this Judgment, the enforcement thereof and the punishment of any violations thereof.

3. This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

4. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

5. This cause of action as between VERSACE and the ADNAN GHACHAM DEFENDANTS is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties. This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

6. The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

7. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties.

8. All counterfeit and infringing VERSACE products seized by VERSACE from the ADNAN GHACHAM DEFENDANTS shall be destroyed under the direction of VERSACE.

9. All counterfeit and infringing VERSACE products currently in the possession, custody or control of the ADNAN GHACHAM DEFENDANTS shall be surrendered to VERSACE and thereafter shall be destroyed under the direction of VERSACE.

**IT IS SO ORDERED.**

DATED: 11-12-03 , 2003.

S. Jcot

UNITED STATES DISTRICT JUDGE

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC ADNAN GHACHAMS Final Judgment & Perm Injunction

**APPROVED AS TO FORM AND CONTENT.**

DATED: September 25, 2002                    RICHLAND & ASSOCIATES

By: _____
FELIPA R. RICHLAND
ATTORNEYS FOR PLAINTIFF,
GIANNI VERSACE, S.p.A.

DATED: September 23, 2002                    GERAGOS & GERAGOS

By: _____
MATTHEW GERAGOS, ESQ.
ATTORNEYS FOR DEFENDANTS
JAVINCCI, INC.,
BASSAM ADNAN GHACHAM,
ALI ADNAN GHACHAM
TAGRID GHACHAM

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC ADNAN GHACHAMS Final Judgment & Perm Injunction