| | |
|---|---|
| 1 | FELIPA R. RICHLAND, SBN 112458<br>**RICHLAND & ASSOCIATES** |
| 2 | 8383 Wilshire Boulevard<br>Suite 708 |
| 3 | Beverly Hills, CA 90211<br>(323) 651-5951 - Telephone |
| 4 | (323) 651-1088 - Facsimile |
| 5 | Attorneys for Plaintiff,<br>GIANNI VERSACE, S.p.A. |

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 29 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR 25 2004
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2004 MAR 16 PH 4:06

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corporation,<br><br>      Plaintiff,<br><br>-vs-<br><br>MONIR M. AWADA, an Individual; MOHAMED BEDIER, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an | CASE NO.: CV 03-3254 SJO (RNBx)<br><br>**FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON WITH RESPECT TO DEFENDANTS:**<br><br>1. **GINO CHAHINE**<br>2. **NADER CHAHINE**<br><br>Priority  ✓<br>Send  ✓<br>Enter<br>Closed<br>JS-5/JS-6<br>JS-2/JS-3<br>Scan Only<br><br>Complaint Filed: May 9, 2003<br>Trial Date: 11/16/04 |

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: G & N CHAHINE Final Judgment & Perm. Injunction

417
1 of 8

| | |
|---|---|
| 1 | Individual; **SAMIR MOURAD**, an Individual; **YAMEL MOURAD**, an Individual; **YOUNG JIN PARK**, an Individual; **ABDEL NABI SAAB**, an Individual; **ALEX SAAB**, an Individual; **ALI HUSSEIN SAAB**, an Individual; **ALI NAIM SAAB**, an Individual; **ELSA SAAB**, an Individual; **HASSAN SAAB**, an Individual; **HUSSEIN YOUSSEF SAAB**, an Individual; **AHMAD M. SAAB**, an Individual; **TASHIN SAAB**, an Individual; **YOUSEF SAAB**, an Individual; **AHMED KHALIL SALEH**, an Individual; **HUSSEIN KHALIL SALEH**, an Individual; **MAHMOUD KHALIL SALEH**, an Individual; **ABBAS SALEH SALEH**, an Individual; **ALI SALEH SALEH**, an Individual; **HASSAN SALEH SALEH**, an Individual; **HUSSEIN SALEH SALEH**, an Individual; **NAJIBE SALEH SALEH**, an Individual; **ABBAS MAHMOUD SALEH**, an Individual; **ALI SLEIMAN SALEH**, an Individual; **HUSSEIN ALI SALEH**, an Individual; **MIRIAM S. SALEH**, an Individual; **MUSTAPHA ALI SALEH**, an Individual; **AHMAD SALIM**, an Individual; **IKHLAS SALIM**, an Individual; **ANA MARIA SANDOVAL**, an Individual; **JOSE G. SANDOVAL**, an Individual; **ALI M. TEHFI**, an Individual; **KHALED TEHFE**, an Individual; **NAZIH TEHFE**, an Individual; **AMA CASUALS, INC.**, a California Corporation; **AWADA BROS, INC.**, a California Corporation; **AWADA BROTHERS, INC.**, a California Corporation; **THE BRAND NAME CONNECTION, INC.**, a California Corporation; **CENSO UNICO, INC.**, a California Corporation; **DENIM PALACE, INC.**, a California Corporation; **GHACHAM, INC.**, a California Corporation; **HIP HOP CONNECTIONS, INC.**, a California Corporation; **JAVINCCI, LLC.**, a California Limited Liability Corporation; **LA BRAND NAME, INC.**, a California Corporation; **LIMITED CLOTHING, INC.**, a California Corporation; **LOS HERMANOS, INC.**, a California Corporation; **MAS SPORTSWEAR, INC.**, a California Corporation; **MGM TRADING, INC.**, a California Corporation; **MIRAGE CONNECTION, INC.**, a California Corporation; **NUEVA TIENDA, INC.**, a California Corporation **dba** NUEVA TIENDA; **SAAB & SONS CLOTHING, INC.**, a California Corporation; **SAAB GROUP, INC.**, a California Corporation; |

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

**SPORT JEANS, INC.**, a California Corporation; **TRES HERMANOS INC.**, a California Corporation; and **UNESCO JEANS, INC.**, a California Corporation aka UNESCO, INC., and DOE10, unknown business entity, Inclusive,

Defendants.

    Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and Defendants GINO CHAHINE, an individual, dba Tres Portrillos, and NADER CHAHINE, an individual, dba Tres Portrillos, stipulate and consent to the following Consent Judgment:

    **WHEREAS**, the parties have agreed to the entry of the following findings of fact and conclusions of law finally disposing of Counts V, VI and VII of the First Amended Complaint asserted by VERSACE, it is hereby ordered, adjudged and decreed that:

    **WHEREAS**, GINO CHAHINE and NADER CHAHINE adopted and began using trademarks in the United States which infringe or otherwise violate VERSACE's registered trademarks: GIANNI VERSACE, VJC, VERSACE and the MEDUSA designs (the "VERSACE Trademarks") as identified in VERSACE's VERSACE's Complaint/1st Amended Complaint;

    **WHEREAS**, GINO CHAHINE and NADER CHAHINE's use of names and marks which incorporate one or more of the VERSACE Trademarks is likely to cause confusion as to source or origin;

    **WHEREAS**, GINO CHAHINE and NADER CHAHINE's, use of names and marks which incorporate one or more of the VERSACE Trademarks, was with reckless disregard to VERSACE's rights for the purpose of trading on the good will and reputation of VERSACE;

    **WHEREAS**, GINO CHAHINE and NADER CHAHINE promoted and advertised names and marks which incorporate one or more of the VERSACE Trademarks;

    **WHEREAS**, GINO CHAHINE and NADER CHAHINE, sold and/or offered for sale merchandise bearing names and marks which incorporate one or more of the VERSACE

Trademarks;

**WHEREAS**, based upon VERSACE's good faith prior use of the VERSACE Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE Trademarks in the United States and any confusingly similar names or marks; and

**WHEREAS**, this Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendants GINO CHAHINE, an Individual, and NADER CHAHINE, an Individual violated the Federal Lanham Act as alleged in Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); the Federal Trademark Dilution Act as alleged in Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count VII - TRADEMARK DILUTION (15USC § 1125(c)).

2. Defendants GINO CHAHINE and NADER CHAHINE, their parents, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in active concert or participation with them, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit 1 of the Complaint/1st Amended Complaint and on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

    (A) Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

    (B) Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: G & N CHAHINE Final Judgment & Perm. Injunction

4 of 8

genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or trade dress;

(C) Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D) Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E) Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession, custody or control bearing a design, or mark substantially identical to or confusingly similar with or any or all of the GIANNI VERSACE trademarks or trade dress;

(F) Diluting and infringing the VERSACE trademarks and damaging VERSACE's goodwill, reputation and businesses;

(G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its subsidiaries or affiliated companies.

(H) Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

(I) Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks, or confusingly similar mark, trade name, trade dress, logos or design;

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: G & N CHAHINE Final Judgment & Perm. Injunction

5 of 8

  (J) Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above; and

  (K) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution, advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above.

3.  The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of, the Settlement Agreement, this Judgment, the enforcement thereof and the punishment of any violations thereof.

4.  Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

5.  Judgment is rendered in favor of VERSACE and against GINO CHAHINE and NADER CHAHINE as to Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count VII - TRADEMARK DILUTION (15USC § 1125(c)), subject to the terms of the Settlement Agreement between the parties. This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

6.  All remaining causes of action as between VERSACE and GINO CHAHINE and NADER CHAHINE are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

7.  The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: G & N CHAHINE Final Judgment & Perm. Injunction

6 of 8

8. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties.

9. All counterfeit and infringing VERSACE products seized by VERSACE and any currently in the possession, custody or control of GINO CHAHINE and NADER CHAHINE shall be destroyed under the direction of VERSACE.

10. All counterfeit and infringing VERSACE products currently in the possession, custody or control of GINO CHAHINE and NADER CHAHINE shall be surrendered to VERSACE and thereafter shall be destroyed under the direction of VERSACE.

11. This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**IT IS SO ORDERED.**

DATED: 3/25/. , 2004.

S. [signature]

UNITED STATES DISTRICT JUDGE

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: G & N CHAHINE Final Judgment & Perm. Injunction

**APPROVED AS TO FORM.**

DATED: March ___9___, 2004                    RICHLAND & ASSOCIATES

By: _____
FELIPA R. RICHLAND
ATTORNEYS FOR PLAINTIFF,
GIANNI VERSACE, S.p.A.

DATED: March ___9___, 2004                    WYMAN & ISAACS LLP

By: _____
JANNA O. SMITH, ESQ.,
ATTORNEYS FOR GINO CHAHINE
and NADER CHAHINE

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

DOC: G & N CHAHINE Final Judgment & Perm. Injunction

PROOF OF SERVICE
*Versace v. Awada, et al.*
USDC Case 03-3254 SJO (RNBx)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 8383 Wilshire Boulevard, Suite 708, Beverly Hills, CA 90211.

On **March 16, 2004**, I served the foregoing document described as FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON WITH RESPECT TO DEFENDANTS GINO CHAHINE AND NADER CHAHINE on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

## SEE ATTACHED PROOF OF SERVICE LIST

☒ **(By Mail)** I caused such envelope with pre-paid postage thereon to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing indicated in this affidavit.

☒ **(By Webpage Posting)** I caused the above-referenced document to be uploaded to www.Casehomepage.com on the business day indicated herein.

☐ **(By Facsimile)** I caused the above referenced document consisting of ___ pages to be faxed to the numbers indicated above on this date at _____ p.m. directed to the named person(s) above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmissions, copies of which ☐ are attached to this declaration / ☐ will be presented in court at the pertinent hearing upon request.

☐ **(By Personal Service)** On the above-referenced date, I personally hand delivered such envelopes to the offices of the above attorneys for the interested parties in this action at the addresses indicated above.

☒ **(Federal)** I am employed by a member of the Bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 16, 2004**, at Beverly Hills, California.

_____
SHIRLEY S. ROBLES

| | |
|---|---|
| 1 | **PROOF OF SERVICE LIST** |
| 2 | **VERSACE v. AWADA** |
| | **USDC Case No.: CV 03-3254 SJO (RNBx)** |

| | |
|---|---|
| Bruce C. Gridley, Esq.<br>**BURKE, WILLIAMS & SORENSEN LLP**<br>611 West 6th Street, Suite 2500<br>Los Angeles, CA 90017-3102<br>Tel.: (213) 236-0600 xt. 2833<br>Fax : (213) 236-2700<br>email: bgridley@bwslaw.com | MONIR AWADA<br>TRES HERMANOS, INC. |
| Michael A. Lanphere, Esq.<br>**TREDWAY, LUMSDAINE & DOYLE, LLP**<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614<br>Tel.: (949) 756-0684<br>Fax: (949) 756-0596<br>email: Mlanphere@tldlaw.com | ALI D. GHACHAM<br>HUSSEIN D. GHACHAM<br>OSSAMA D. GHACHAM<br>MOHAMED GHACHAM<br>GHACHAM, INC.<br>LIMITED CLOTHING, INC. |
| Michael Pollak, Esq.<br>Anna Birenbaum, Esq.<br>**POLLAK, VIDA & FISHER**<br>1800 Century Park East, Suite 400<br>Los Angeles, CA 90067<br>Tel.: (310) 551-3400<br>Fax: (310) 551-1036<br>email: mmp@pvandf.com | ALI SLEIMEN SALEH<br>MOUSSA MATAR<br>DENIM PALACE, INC. |
| Bruce Fields, Esq.<br>**HANEY, BUCHANAN & PATTERSON LLP**<br>707 Wilshire Boulevard, Fifty-Third Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 228-6500<br>Fax: (213) 228-6501<br>email: shaney@hbplaw.com | HASSAN FARHAT |
| Jeffrey M. Cohon, Esq.<br>Kristina Keller, Esq.<br>**COHON & POLLAK, LLP**<br>11355 West Olympic Boulevard, Suite 300<br>Los Angeles, CA 90064<br>Tel.: (310) 231-4470<br>Fax : (310) 231-4610<br>email: jcohon@cohonpollak.com | ABBAS M. SALEH<br>MUSTAPHA M. SALEH |
| Jennifer T. Tseng, Esq.<br>**TSENG & ASSOCIATES**<br>25 West Rolling Oaks Drive, Suite 211<br>Thousand Oaks, CA 91361<br>Tel.: (805) 370-1622<br>Fax: (805) 370-1621<br>email: tsenglaw@lawyer.com | HASSAN SAAB |

1. Allan E. Anderson, Esq.
Sean Flynn, Esq.
**ROPERS, MAJESKI, KOHN & BENTLEY**
515 South Flower Street, Suite 2100
Los Angeles, CA 90071
Tel.: (213) 312-2000
Fax.: (213) 312-2001
email: aanderson@ropers.com

MAHMOUD H. HARB

Eric M. Schiffer, Esq.
**WOLFE & WYMAN, LLP**
5 Park Plaza, Suite 1100
Irvine, CA 92614-5979
Tel.: (949) 475-9200
Fax: (949) 475-9203
email: emschiffer@wolfewyman.com

ALI FARHAT
YOUSSEF M. FARHAT
MAS SPORTSWEAR, INC.

Philip N. Alexander, Esq.
**LAW OFFICES OF PHILIP N. ALEXANDER**
433 North Camden Drive, Suite 600
Beverly Hills, CA 90210
Tel.: (310) 288-1948
Fax: (310) 858-6489
email: alexanderpna@aol.com

ALI N. CHAHINE
MOHAMAD CHAHINE
[NADER CHAHINE] ??
MOUSSA DAANA
MAHA ASSAD JOMOAA
SAMIR MOURAD
AKIL EL REDA
HUSSEIN YOUSSEF SAAB
TASHIN SAAB
AHMED KHALIL SALEH
HUSSEIN KHALIL SALEH
MAHMOUD KHALIL SALEH
AHMAD SALIM
IKLAS SALIM
ALI M. TEHFE
KHALED TEHFE
NAZIH TEHFE
CENSO UNICO, INC.
MGM, INC.
MIRAGE CONNECTION, INC.

George Chakmakis, Esq.
**CHAKMAKIS & ASSOCIATES**
301 North Canon Drive, Suite 223
Beverly Hills, CA 90210
Tel. (310) 550-1555
Fax: (310) 273-4107
email: yorgo@earthlink.net

MOHAMED BDAIR
ALI NAIM SAAB
HASSAN SALEH SALEH
HUSSEIN SALEH SALEH
NAJIBE SALEH
NUEVA TIENDA, INC.
UNESCO JEANS, INC.

John Gulino, Esq.
**LAW OFFICE OF JOSEPH SHUFF**
2107 North Broadway, Suite 301
Santa Ana, CA 92706
Tel.: (714) 834-0175
Fax: (714) 834-1869
email: shufflaw@ix.netcom.com

ABDEL NABI SAAB
AHMAD SAAB
HUSSEIN SAAB
MOHAMAD SAAB
TASHIN SAAB
YOUSEF SAAB
SAAB & SONS CLOTHING, INC.
SAAB GROUP, INC.
SPORT JEANS, INC.

| | |
|---|---|
| 1  Robert A. Brown, Esq. | ANA SANDOVAL |
|    **LAW OFFICES OF ROBERT A. BROWN** | JOSE SANDOVAL |
| 2  1125 E. Broadway, Suite116 | |
|    Glendale, CA 91205 | |
| 3  Tel./Fax: (323) 255-6261 | |
|    email: rabstb@adelphia.net | |
| 4 | |
| 5  Marc A. Karlin, Esq. | ABBAS SALEH SALEH |
|    **KARLIN & KARLIN** | ALI KHALIL ELREDA |
| 6  3701 Wilshire Boulevard, Suite 1035 | HIP HOP CONNECTIONS, INC. |
|    Los Angeles, CA 90010-2802 | |
| 7  Tel.: (213) 365-1555 | |
|    Fax: (213) 383-1166 | |
| 8  email: karlinlaw@msn.com | |
| 9  Aftab Malik, Esq. | MOHAMMAD FARHAT |
|    **MALIK LAW OFFICES** | HUSSEIN ALI SALEH |
| 10 10440 Pioneer Boulevard, Suite 6-B | MIRIAM S. SALEH |
|    Santa Fe Springs, CA 90670 | LA BRAND NAME, INC. |
| 11 Tel.: (562) 941-8899 | |
|    Fax: (562) 684-4793 | |
| 12 email: maliklaw@runbox.com | |
| 13 George Pacheco, Esq. | RAMONA GONZALES |
|    **LAW OFFICE OF EDWARD A. ESQUEDA** | |
| 14 1455 W. Beverly Boulevard | |
|    Montebello, CA 90640 | |
| 15 Tel.: (323) 726-1082 | |
|    Fax : (323) 724-9806 | |
| 16 email: gbplaw@charterinternet.com | |
| 17 Roger S. Shafer, Esq. | FIRAS MOHAMMAD FAKIH |
|    **LAW OFFICES OF ROGER S. SHAFER** | |
| 18 2722 East Florence Avenue | |
|    Huntington Park, CA 90255 | |
| 19 Tel.: (323) 587-6278 | |
|    Fax: (323) 581-5239 | |
| 20 email: none | |
| 21 Yamel Mourad, Pro Se | NADER CHAHINE, Pro Se |
|    EL GRAN MAYOR | 6614 Corona Avenue |
| 22 1319-B Los Angeles Street | Bell, CA 90201 |
|    Los Angeles, CA 90015 | Tel.: (213) 712-4213 |
| 23 Tel.: (213) 748-1133 | Fax: none |
|    Fax.: (213) 748-9329 | email: nhchahin@lasd.org |
| 24 email: elgranmayor@aol.com | |
| 25 Hon. George P. Schiavelli (Ret.) | |
|    **REED SMITH CROSBY HEAFEY LLP** | |
| 26 355 South Grand Avenue, Suite 2900 | |
|    Los Angeles, CA 90071 | |
| 27 Tel.: (213) 457-8016 | |
|    Fax : (213) 457-8080 | |
| 28 email: gschiavelli@reedsmith.com | |

| | | |
|---|---|---|
| 1 | Robert Levine, Esq. | ALEX SAAB |
| 2 | HANGER, LEVINE & STEINBERG<br>21031 Ventura Boulevard, Suite 800 | ELSA SAAB |
| 3 | Woodland Hills, CA 91364-5612<br>Tel.: (818) 226-1222 | |
| 4 | Fax: (818) 226-1215<br>email: js@hlslaw.com | |
| 5 | | |
| 6 | Janna O. Smith, Esq. | GINNO CHAHINE |
| 7 | WYMAN & ISAACS LLP<br>8840 Wilshire Boulevard, Second Floor | ASSAD JOMOAA<br>HUSSEIN MOURAD |
| 8 | Beverly Hills, CA 90211<br>Tel.: (310) 358-3221 | |
| 9 | Fax : (310) 358-3224<br>email: jsmith@wymanisaacs.com | |
| 10 | Craig D. Aronson, Esq. | ALI FARHAT |
| 11 | BERGER KAHN<br>2 Park Plaza, Suite 650 | |
| 12 | Irvine, CA 92614<br>Tel.: (949) 474-1880 | |
| 13 | Fax : (949) 474-7265<br>email: caronson@bergerkahn.com | |