FELIPA R. RICHLAND, SBN 112458
**RICHLAND & ASSOCIATES**
8383 Wilshire Boulevard
Suite 708
Beverly Hills, CA 90211
(323) 651-5951 - Telephone
(323) 651-1088 - Facsimile

Attorneys for Plaintiff,
GIANNI VERSACE, S.p.A.

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAR 29 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
MAR 22 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 30 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

GIANNI VERSACE, S.p.A., a Foreign Corporation,

    Plaintiff,

-vs-

MONIR M. AWADA, an Individual; MOHAMED BEDIER, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an Individual; SAMIR MOURAD, an Individual;

CASE NO.: CV 03-3254 SJO (RNBx)

**FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON WITH RESPECT TO DEFENDANTS:**

1. ALI YOUSSEF FARHAT, dba MAS (only)
2. MAS SPORTSWEAR, INC., dba MAS (only)

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

Complaint Filed: May 9, 2003

Trial Date: November 16, 2004

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

Ali Farhat & Mas Sportswear, Inc re dba MAS. Consent Judgment

1 of 8

(419)

| | |
|---|---|
| 1 | YAMEL MOURAD, an Individual; YOUNG ) |
| 2 | JIN PARK, an Individual; ABDEL NABI ) SAAB, an Individual; ALEX SAAB, an ) |
| 3 | Individual; ALI HUSSEIN SAAB, an ) Individual; ALI NAIM SAAB, an Individual; ) |
| 4 | ELSA SAAB, an Individual; HASSAN ) SAAB, an Individual; HUSSEIN YOUSSEF ) |
| 5 | SAAB, an Individual; AHMAD M. SAAB, an ) Individual; TASHIN SAAB, an Individual; ) |
| 6 | YOUSEF SAAB, an Individual; AHMED ) KHALIL SALEH, an Individual; HUSSEIN ) |
| 7 | KHALIL SALEH, an Individual; ) MAHMOUD KHALIL SALEH, an ) |
| 8 | Individual; ABBAS SALEH SALEH, an ) Individual; ALI SALEH SALEH, an ) |
| 9 | Individual; HASSAN SALEH SALEH, an ) Individual; HUSSEIN SALEH SALEH, an ) |
| 10 | Individual; NAJIBE SALEH SALEH, an ) Individual; ABBAS MAHMOUD SALEH, ) |
| 11 | an Individual; ALI SLEIMAN SALEH, an ) Individual; HUSSEIN ALI SALEH, an ) |
| 12 | Individual; MIRIAM S. SALEH, an ) Individual; MUSTAPHA ALI SALEH, an ) |
| 13 | Individual; AHMAD SALIM, an Individual; ) IKHLAS SALIM, an Individual; ANA ) |
| 14 | MARIA SANDOVAL, an Individual; JOSE ) G. SANDOVAL, an Individual; ALI M. ) |
| 15 | TEHFI, an Individual; KHALED TEHFE, an ) Individual; NAZIH TEHFE, an Individual; ) |
| 16 | AMA CASUALS, INC., a California ) Corporation; AWADA BROS, INC., a ) |
| 17 | California Corporation; AWADA ) BROTHERS, INC., a California Corporation; ) |
| 18 | THE BRAND NAME CONNECTION, ) INC., a California Corporation; CENSO ) |
| 19 | UNICO, INC., a California Corporation; ) DENIM PALACE, INC., a California ) |
| 20 | Corporation; GHACHAM, INC., a California ) Corporation; HIP HOP CONNECTIONS, ) |
| 21 | INC., a California Corporation; JAVINCCI, ) LLC., a California Limited Liability ) |
| 22 | Corporation; LA BRAND NAME, INC., a ) California Corporation; LIMITED ) |
| 23 | CLOTHING, INC., a California Corporation; ) LOS HERMANOS, INC., a California ) |
| 24 | Corporation; MAS SPORTSWEAR, INC., a ) California Corporation; MGM TRADING, ) |
| 25 | INC., a California Corporation; MIRAGE ) CONNECTION, INC., a California ) |
| 26 | Corporation; NUEVA TIENDA, INC., a ) California Corporation dba NUEVA ) |
| 27 | TIENDA; SAAB & SONS CLOTHING, ) INC., a California Corporation; SAAB ) |
| 28 | GROUP, INC., a California Corporation; ) SPORT JEANS, INC., a California ) |

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

Ali Farhat & Mas Sportswear, Inc re dba MAS. Consent Judgment

1  Corporation; **TRES HERMANOS INC.**, a California Corporation; and **UNESCO JEANS, INC.**, a California Corporation aka UNESCO, INC., and DOE10, unknown business entity, Inclusive,

    Defendants.

Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and Defendant ALI YOUSSEF FARHAT, an Individual, aka ALI Y. FARHAT, ALI FARHAT, ALI FARHAT KHAUDAR, KHODOR FARHAT, dba MAS, and MAS SPORTSWEAR, INC., a California Corporation, dba MAS, hereby stipulate and consent to the following Consent Judgment:

**WHEREAS**, the parties have agreed to the entry of the following findings of fact and conclusions of law finally disposing of Counts V, VI and VII of the First Amended Complaint asserted by VERSACE, it is hereby ordered, adjudged and decreed that:

**WHEREAS**, ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC., adopted and began using trademarks in the United States which infringe or otherwise violate VERSACE's registered trademarks: GIANNI VERSACE, VJC, VERSACE and the MEDUSA designs (the "VERSACE Trademarks") as identified in VERSACE's Complaint/1st Amended Complaint;

**WHEREAS**, ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC.'s, use of names and marks which incorporate one or more of the VERSACE Trademarks, is likely to cause confusion as to source or origin;

**WHEREAS**, ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC.'s, use of names and marks which incorporate one or more of the VERSACE Trademarks, was with reckless disregard to VERSACE's rights for the purpose of trading on the good will and reputation of VERSACE.

**WHEREAS**, ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC., promoted and advertised names and marks which incorporate one or more of the VERSACE Trademarks;

**WHEREAS**, ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC., sold and/or offered for sale merchandise bearing names and marks which incorporate one or more of the VERSACE Trademarks;

**WHEREAS**, based upon VERSACE's good faith prior use of the VERSACE Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE Trademarks in the United States and any confusingly similar names or marks;

**WHEREAS**, VERSACE Trademarks registered, at issue in this matter, and on file with the United States Patent and Trademark Office are famous and distinctive; and

**WHEREAS**, this Court has jurisdiction over the party to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendants ALI YOUSSEF FARHAT, an Individual, and MAS SPORTSWEAR, INC., a California Corporation, violated the Federal Lanham Act as alleged in Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); the Federal Trademark Dilution Act as alleged in Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count VII - TRADEMARK DILUTION (15USC § 1125(c)).

2. Defendants ALI YOUSSEF FARHAT, an Individual, and MAS SPORTSWEAR, INC., a California Corporation, their parents, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under his direction and control or in active concert or participation with him, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit 1 of the Complaint/1st Amended Complaint and on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1  trademarks and specifically from:

2      (A) Imitating, copying or making unauthorized use of any or all of the
3  GIANNI VERSACE trademarks or trade dress;

4      (B) Importing, manufacturing, producing, possessing, distributing,
5  circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-
6  genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable
7  imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause
8  consumer confusion with any of the VERSACE trademarks or trade dress;

9      (C) Manufacturing, distributing, selling or offering for sale or in connection
10 thereto any unauthorized promotional materials, labels, packaging or containers which
11 picture, reproduce or utilize the likenesses of, or which are likely to cause consumer
12 confusion with any of the VERSACE trademarks;

13     (D) Using any false designation of origin, false description, including words,
14 symbols or any trademark, trade name, trade dress, logo or design tending to falsely
15 describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants'
16 customers, or members of the public, that unauthorized merchandise manufactured,
17 distributed, advertised, sold and/or offered for sale by Defendants originate from
18 VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved,
19 licensed by, associated, or is in any way connected or affiliated with VERSACE;

20     (E) Transferring, consigning, selling, shipping or otherwise moving any non-
21 genuine VERSACE goods, packaging or other materials in the Defendants' possession,
22 custody or control bearing a design, or mark substantially identical to or confusingly similar
23 with or any or all of the GIANNI VERSACE trademarks or trade dress;

24     (F) Diluting and infringing the VERSACE trademarks and damaging
25 VERSACE's goodwill, reputation and businesses;

26     (G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its
27 subsidiaries or affiliated companies.

28 ///

(H) Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

(I) Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks, or confusingly similar mark, trade name, trade dress, logos or design;

(J) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution, advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above; and

(K) Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

3. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the Settlement Agreement, this Judgment, the enforcement thereof and the punishment of any violations thereof.

4. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

5. Judgment is rendered in favor of VERSACE and against ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC. as to Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count VII - TRADEMARK DILUTION (15USC § 1125(c)), subject to the terms of the Settlement Agreement between the parties. This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues of liability that have been or could have

1  been brought on the same operative facts.

2      6. All remaining causes of action as between VERSACE and ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC., a California Corporation dba MAS <u>only</u> are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties. **The causes of action against ALI YOUSSEF FARHAT dba COMERCIAL MEXICANA and MAS SPORTSWEAR, INC., a California Corporation, are not dismissed.** This Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

    7. The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

    8. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment and the Settlement Agreement between the parties, and will retain continuing jurisdiction over this cause of action against ALI YOUSSEF FARHAT and MAS SPORTSWEAR, INC. dba COMERCIAL MEXICANA.

    9. All counterfeit and infringing VERSACE products seized by VERSACE and any currently in the possession, custody or control of ALI YOUSSEF FARHAT and/or MAS SPORTSWEAR, INC. shall be destroyed under the direction of VERSACE.

    10. All counterfeit and infringing VERSACE products currently in the possession, custody or control of ALI YOUSSEF FARHAT and/or MAS SPORTSWEAR, INC. shall be surrendered to VERSACE and thereafter shall be destroyed under the direction of VERSACE.

    11. This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**IT IS SO ORDERED.**

DATED: 3/29/07 , 2004.

S. ____

UNITED STATES DISTRICT JUDGE

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

**APPROVED AS TO FORM AND CONTENT.**

DATED: ~~February~~ March 9, 2004      RICHLAND & ASSOCIATES

By: _____
FELIPA R. RICHLAND
ATTORNEYS FOR PLAINTIFF,
GIANNI VERSACE, S.p.A.

DATED: ~~February~~ March 8th, 2004      BERGER KAHN

By: _____
CRAIG D. ARONSON
Attorneys for Defendant,
ALI YOUSSEF FARHAT dba MAS
MAS SPORTSWEAR, INC., dba MAS

PROOF OF SERVICE
*Versace v. Awada, et al.*
USDC Case 03-3254 SJO (RNBx)

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 8383 Wilshire Boulevard, Suite 708, Beverly Hills, CA 90211.

On **March 22, 2004,** I served the foregoing document described as **FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON WITH RESPECT TO DEFENDANTS ALI YOUSSEF FARHAT AND MAS SPORTSWEAR, INC.** on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

## SEE ATTACHED PROOF OF SERVICE LIST

☒ **(By Mail)** I caused such envelope with pre-paid postage thereon to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing indicated in this affidavit.

☒ **(By Webpage Posting)** I caused the above-referenced document to be uploaded to www.Casehomepage.com on the business day indicated herein.

☐ **(By Facsimile)** I caused the above referenced document consisting of ___ pages to be faxed to the numbers indicated above on this date at _____ p.m. directed to the named person(s) above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmissions, copies of which ☐ are attached to this declaration / ☐ will be presented in court at the pertinent hearing upon request.

☐ **(By Personal Service)** On the above-referenced date, I personally hand delivered such envelopes to the offices of the above attorneys for the interested parties in this action at the addresses indicated above.

☒ **(Federal)** I am employed by a member of the Bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **March 22, 2004,** at Beverly Hills, California.

_____
SHIRLEY S. ROBLES

# PROOF OF SERVICE LIST
## VERSACE v. AWADA
### USDC Case No.: CV 03-3254 SJO (RNBx)

| | |
|---|---|
| Bruce C. Gridley, Esq.<br>**BURKE, WILLIAMS & SORENSEN LLP**<br>611 West 6th Street, Suite 2500<br>Los Angeles, CA 90017-3102<br>Tel.: (213) 236-0600 xt. 2833<br>Fax : (213) 236-2700<br>email: bgridley@bwslaw.com | MONIR AWADA<br>TRES HERMANOS, INC. |
| Michael A. Lanphere, Esq.<br>**TREDWAY, LUMSDAINE & DOYLE, LLP**<br>1920 Main Street, Suite 1000<br>Irvine, CA 92614<br>Tel.: (949) 756-0684<br>Fax: (949) 756-0596<br>email: Mlanphere@tldlaw.com | ALI D. GHACHAM<br>HUSSEIN D. GHACHAM<br>OSSAMA D. GHACHAM<br>MOHAMED GHACHAM<br>GHACHAM, INC.<br>LIMITED CLOTHING, INC. |
| Michael Pollak, Esq.<br>Anna Birenbaum, Esq.<br>**POLLAK, VIDA & FISHER**<br>1800 Century Park East, Suite 400<br>Los Angeles, CA 90067<br>Tel.: (310) 551-3400<br>Fax: (310) 551-1036<br>email: mmp@pvandf.com | ALI SLEIMEN SALEH<br>MOUSSA MATAR<br>DENIM PALACE, INC. |
| Bruce Fields, Esq.<br>**HANEY, BUCHANAN & PATTERSON LLP**<br>707 Wilshire Boulevard, Fifty-Third Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 228-6500<br>Fax: (213) 228-6501<br>email: shaney@hbplaw.com | HASSAN FARHAT |
| Jeffrey M. Cohon, Esq.<br>Kristina Keller, Esq.<br>**COHON & POLLAK, LLP**<br>11355 West Olympic Boulevard, Suite 300<br>Los Angeles, CA 90064<br>Tel.: (310) 231-4470<br>Fax : (310) 231-4610<br>email: jcohon@cohonpollak.com | ABBAS M. SALEH<br>MUSTAPHA M. SALEH |
| Jennifer T. Tseng, Esq.<br>**TSENG & ASSOCIATES**<br>25 West Rolling Oaks Drive, Suite 211<br>Thousand Oaks, CA 91361<br>Tel.: (805) 370-1622<br>Fax: (805) 370-1621<br>email: tsenglaw@lawyer.com | HASSAN SAAB |

| | | |
|---|---|---|
| 1 | Allan E. Anderson, Esq. | MAHMOUD H. HARB |
| 2 | Sean Flynn, Esq.<br>ROPERS, MAJESKI, KOHN & BENTLEY | |
| 3 | 515 South Flower Street, Suite 2100<br>Los Angeles, CA 90071 | r |
| 4 | Tel.: (213) 312-2000<br>Fax.: (213) 312-2001 | |
| 5 | email: aanderson@ropers.com | |
| 6 | Eric M. Schiffer, Esq.<br>WOLFE & WYMAN, LLP | ALI FARHAT<br>YOUSSEF M. FARHAT |
| 7 | 5 Park Plaza, Suite 1100<br>Irvine, CA 92614-5979 | MAS SPORTSWEAR, INC. |
| 8 | Tel.: (949) 475-9200<br>Fax: (949) 475-9203 | |
| 9 | email: emschiffer@wolfewyman.com | |
| 10 | Philip N. Alexander, Esq.<br>LAW OFFICES OF PHILIP N. ALEXANDER | ALI N. CHAHINE<br>MOHAMAD CHAHINE |
| 11 | 433 North Camden Drive, Suite 600<br>Beverly Hills, CA 90210 | [NADER CHAHINE] ??<br>MOUSSA DAANA |
| 12 | Tel.: (310) 288-1948<br>Fax: (310) 858-6489 | MAHA ASSAD JOMOAA<br>SAMIR MOURAD |
| 13 | email: alexanderpna@aol.com | AKIL EL REDA<br>HUSSEIN YOUSSEF SAAB |
| 14 | | TASHIN SAAB<br>AHMED KHALIL SALEH |
| 15 | | HUSSEIN KHALIL SALEH<br>MAHMOUD KHALIL SALEH |
| 16 | | AHMAD SALIM<br>IKLAS SALIM |
| 17 | | ALI M. TEHFE<br>KHALED TEHFE |
| 18 | | NAZIH TEHFE<br>CENSO UNICO, INC. |
| 19 | | MGM, INC.<br>MIRAGE CONNECTION, INC. |
| 20 | | |
| 21 | George Chakmakis, Esq. | MOHAMED BDAIR |
| 22 | CHAKMAKIS & ASSOCIATES<br>301 North Canon Drive, Suite 223 | ALI NAIM SAAB<br>HASSAN SALEH SALEH |
| 23 | Beverly Hills, CA 90210<br>Tel. (310) 550-1555 | HUSSEIN SALEH SALEH<br>NAJIBE SALEH |
| 24 | Fax: (310) 273-4107<br>email: yorgo@earthlink.net | NUEVA TIENDA, INC.<br>UNESCO JEANS, INC. |
| 25 | John Gulino, Esq. | ABDEL NABI SAAB |
| 26 | LAW OFFICE OF JOSEPH SHUFF<br>2107 North Broadway, Suite 301 | AHMAD SAAB<br>HUSSEIN SAAB |
| 27 | Santa Ana, CA 92706<br>Tel.: (714) 834-0175 | MOHAMAD SAAB<br>TASHIN SAAB |
| 28 | Fax.: (714) 834-1869<br>email: shufflaw@ix.netcom.com | YOUSEF SAAB<br>SAAB & SONS CLOTHING, INC.<br>SAAB GROUP, INC.<br>SPORT JEANS, INC. |

| | |
|---|---|
| 1 | Robert A. Brown, Esq. | ANA SANDOVAL |
| | **LAW OFFICES OF ROBERT A. BROWN** | JOSE SANDOVAL |
| 2 | 1125 E. Broadway, Suite 116 | |
| | Glendale, CA 91205 | |
| 3 | Tel./Fax: (323) 255-6261 | |
| | email: rabstb@adelphia.net | |
| 4 | | |
| 5 | Marc A. Karlin, Esq. | ABBAS SALEH SALEH |
| | **KARLIN & KARLIN** | ALI KHALIL ELREDA |
| 6 | 3701 Wilshire Boulevard, Suite 1035 | HIP HOP CONNECTIONS, INC. |
| | Los Angeles, CA 90010-2802 | |
| 7 | Tel.: (213) 365-1555 | |
| | Fax: (213) 383-1166 | |
| 8 | email: karlinlaw@msn.com | |
| 9 | Aftab Malik, Esq. | MOHAMMAD FARHAT |
| | **MALIK LAW OFFICES** | HUSSEIN ALI SALEH |
| 10 | 10440 Pioneer Boulevard, Suite 6-B | MIRIAM S. SALEH |
| | Santa Fe Springs, CA 90670 | LA BRAND NAME, INC. |
| 11 | Tel.: (562) 941-8899 | |
| | Fax: (562) 684-4793 | |
| 12 | email: maliklaw@runbox.com | |
| 13 | George Pacheco, Esq. | RAMONA GONZALES |
| | **LAW OFFICE OF EDWARD A. ESQUEDA** | |
| 14 | 1455 W. Beverly Boulevard | |
| | Montebello, CA 90640 | |
| 15 | Tel.: (323) 726-1082 | |
| | Fax : (323) 724-9806 | |
| 16 | email: gbplaw@charterinternet.com | |
| 17 | Roger S. Shafer, Esq. | FIRAS MOHAMMAD FAKIH |
| | **LAW OFFICES OF ROGER S. SHAFER** | |
| 18 | 2722 East Florence Avenue | |
| | Huntington Park, CA 90255 | |
| 19 | Tel.: (323) 587-6278 | |
| | Fax: (323) 581-5239 | |
| 20 | email: none | |
| 21 | Yamel Mourad, Pro Se | NADER CHAHINE, Pro Se |
| | EL GRAN MAYOR | 6614 Corona Avenue |
| 22 | 1319-B Los Angeles Street | Bell, CA 90201 |
| | Los Angeles, CA 90015 | Tel.: (213) 712-4213 |
| 23 | Tel.: (213) 748-1133 | Fax: none |
| | Fax.: (213) 748-9329 | email: nhchahin@lasd.org |
| 24 | email: elgranmayor@aol.com | |
| 25 | Hon. George P. Schiavelli (Ret.) | |
| | **REED SMITH CROSBY HEAFEY LLP** | |
| 26 | 355 South Grand Avenue, Suite 2900 | |
| | Los Angeles, CA 90071 | |
| 27 | Tel.: (213) 457-8016 | |
| | Fax : (213) 457-8080 | |
| 28 | email: gschiavelli@reedsmith.com | |

| # | | |
|---|---|---|
| 1 | Robert Levine, Esq.<br>**HANGER, LEVINE & STEINBERG**<br>21031 Ventura Boulevard, Suite 800<br>Woodland Hills, CA 91364-5612<br>Tel.: (818) 226-1222<br>Fax: (818) 226-1215<br>email: js@hlslaw.com | ALEX SAAB<br>ELSA SAAB |
| 6 | Janna O. Smith, Esq.<br>**WYMAN & ISAACS LLP**<br>8840 Wilshire Boulevard, Second Floor<br>Beverly Hills, CA 90211<br>Tel.: (310) 358-3221<br>Fax: (310) 358-3224<br>email: jsmith@wymanisaacs.com | GINNO CHAHINE<br>ASSAD JOMOAA<br>HUSSEIN MOURAD |
| 10 | Craig D. Aronson, Esq.<br>**BERGER KAHN**<br>2 Park Plaza, Suite 650<br>Irvine, CA 92614<br>Tel.: (949) 474-1880<br>Fax : (949) 474-7265<br>email: caronson@bergerkahn.com | ALI FARHAT |