| | |
|---|---|
| 1 | FELIPA R. RICHLAND, SBN 112458 |
| | **RICHLAND & ASSOCIATES** |
| 2 | 8383 Wilshire Boulevard |
| | Suite 708 |
| 3 | Beverly Hills, CA 90211 |
| | (323) 651-5951 - Telephone |
| 4 | (323) 651-1088 - Facsimile |
| 5 | Attorneys for Plaintiff, |
| | GIANNI VERSACE, S.p.A. |




FILED
CLERK, U.S. DISTRICT COURT
MAR 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 11 | GIANNI VERSACE, S.p.A., a Foreign Corporation, | CASE NO.: CV 03-3254 GPS (RNBx) |
| 12 | | **FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON WITH RESPECT TO DEFENDANTS:** |
| 13 | Plaintiff, | |
| 14 | -vs- | |
| 15 | MONIR M. AWADA, an Individual; MOHAMED BDAIR, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an Individual; SAMIR MOURAD, an Individual; YAMEL | 1. **ALI SLEIMAN SALEH** |
| 16 | | 2. **CINCO DE MAYO, INC.** |
| | | *dba 5 de Mayo* |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | Complaint Filed: May 9, 2003 |
| 28 | | Trial Date: June 10, 2008 |

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

Consent Judgment

1 of 7

1  MOURAD, an Individual; **YOUNG JIN PARK**, an Individual; **ABDEL NABI SAAB**, an Individual; **ALEX SAAB**, an Individual; **ALI HUSSEIN SAAB**, an Individual; **ALI NAIM SAAB**, an Individual; **ELSA SAAB**, an Individual; **HASSAN SAAB**, an Individual; **HUSSEIN YOUSSEF SAAB**, an Individual; **AHMAD M. SAAB**, an Individual; **TASHIN SAAB**, an Individual; **YOUSEF SAAB**, an Individual; **AHMED KHALIL SALEH**, an Individual; **HUSSEIN KHALIL SALEH**, an Individual; **MAHMOUD KHALIL SALEH**, an Individual; **ABBAS SALEH SALEH**, an Individual; **ALI SALEH SALEH**, an Individual; **HASSAN SALEH SALEH**, an Individual; **HUSSEIN SALEH SALEH**, an Individual; **NAJIBE SALEH SALEH**, an Individual; **ABBAS MAHMOUD SALEH**, an Individual; **ALI SLEIMAN SALEH**, an Individual; **HUSSEIN ALI SALEH**, an Individual; **MIRIAM S. SALEH**, an Individual; **MUSTAPHA ALI SALEH**, an Individual; **AHMAD SALIM**, an Individual; **IKHLAS SALIM**, an Individual; **ANA MARIA SANDOVAL**, an Individual; **JOSE G. SANDOVAL**, an Individual; **ALI M. TEHFI**, an Individual; **KHALED TEHFE**, an Individual; **NAZIH TEHFE**, an Individual; **AMA CASUALS, INC.**, a California Corporation; **AWADA BROS, INC.**, a California Corporation; **AWADA BROTHERS, INC.**, a California Corporation; **THE BRAND NAME CONNECTION, INC.**, a California Corporation; **CENSO UNICO, INC.**, a California Corporation; **DENIM PALACE, INC.**, a California Corporation; **GHACHAM, INC.**, a California Corporation; **HIP HOP CONNECTIONS, INC.**, a California Corporation; **JAVINCCI, LLC.**, a California Limited Liability Corporation; **LA BRAND NAME, INC.**, a California Corporation; **LIMITED CLOTHING, INC.**, a California Corporation; **LOS HERMANOS, INC.**, a California Corporation; **MAS SPORTSWEAR, INC.**, a California Corporation; **MGM TRADING, INC.**, a California Corporation; **MIRAGE CONNECTION, INC.**, a California Corporation; **NUEVA TIENDA, INC.**, a California Corporation dba NUEVA TIENDA; **SAAB & SONS CLOTHING, INC.**, a California Corporation; **SAAB GROUP, INC.**, a California Corporation; **SPORT JEANS, INC.**, a California Corporation; **TRES HERMANOS INC.**, a California Corporation;

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

Consent Judgment

1  and **UNESCO JEANS, INC.**, a California )
   Corporation **aka** UNESCO, INC., and **CINCO** )
2  **DE MAYO, INC**, a California Corporation *aka* )
   5 DE MAYO, INC., *dba* 5 de Mayo, Cinco de )
3  Mayo and Five de Mayo, Inclusive, )
                                                )
4              Defendants.                      )
   _____ )

5

6      Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and

7  Defendants, ALI SLEIMAN SALEH and CINCO DE MAYO, INC., *dba 5 de Mayo* hereby

8  stipulate and consent to the following Consent Judgment:

9      Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and

10 Defendants, **ALI SLEIMAN SALEH**, an Individual, and **CINCO DE MAYO, INC.**, a

11 California Corporation, collectively *dba 5 de Mayo* are desirous of settling this action, and

12 therefore stipulate to the following facts and consent to entry of this Consent Judgment with

13 Permanent Injunction as follows:

14     **WHEREAS**, the parties have agreed to the entry of the following findings of

15 fact disposing of all counts to the First Amended Complaint asserted by VERSACE, it is

16 hereby ordered, adjudged and decreed that:

17     **WHEREAS**, VERSACE's is the owner of the VERSACE Trademarks at

18 issue in this matter and identified as Exhibit A to the Complaint/1st Amended Complaint,

19 and on Registry with the United States Patent & Trademark Office.

20     **WHEREAS**, the VERSACE Trademarks at issue in this matter and identified

21 as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United

22 States Patent & Trademark Office are valid protectable, subsisting and in full force and

23 effect.

24     **WHEREAS**, the VERSACE Trademarks at issue in this matter and identified

25 as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United

26 States Patent & Trademark Office are incontestable.

27     **WHEREAS**, based upon VERSACE's good faith prior use of the VERSACE

28 Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

Consent Judgment

3 of 7

Trademarks in the United States and any confusingly similar names, marks or phonetically similar sounding words or symbols;

**WHEREAS,** the VERSACE Trademarks at issue in this matter, including the 'MEDUSA' design marks and designs, and identified as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United States Patent & Trademark Office are world famous and distinctive; and

**WHEREAS,** this Court has jurisdiction over the party to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendants ALI SLEIMAN SALEH and CINCO DE MAYO, INC., their parents, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in active concert or participation with them, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit A to the Complaint/1st Amended Complaint and on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

    (A) Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

    (B) Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or confusingly similar mark, trade

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

name, trade dress, logos, design or phonetically similar sounding words or symbols;

(C) Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D) Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E) Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession, custody or control bearing a design, or mark substantially identical to or confusingly similar with or any or all of the GIANNI VERSACE trademarks or trade dress;

(F) Diluting and infringing the VERSACE trademarks and damaging VERSACE's goodwill, reputation and businesses;

(G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its subsidiaries or affiliated companies;

(H) Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

(I) Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks, or confusingly similar mark, trade name, trade dress, logos or design;

(J) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution,

1  advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above; and

3      (K)    Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

    3.    The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction or modification of the Settlement Agreement, this Judgment, the enforcement thereof and the punishment of any violations thereof.

    4.    Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

    5.    Judgment is rendered in favor of VERSACE and against ALI SLEIMAN SALEH and CINCO DE MAYO, INC., a California Corporation, as to imposition of the Permanent Injunction, subject to the terms of the Settlement Agreement between the parties. This Consent Judgment with Permanent Injunction shall be conclusive for purposes of collateral estoppel regarding all findings of fact herein determined.

    6.    All causes of action as between VERSACE and ALI SLEIMAN SALEH and CINCO DE MAYO, INC., are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

    7.    The parties respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

    8.    This Court will retain continuing jurisdiction over this cause to enforce the terms of this Consent Judgment with Permanent Injunction and the Settlement Agreement between the parties, and will retain continuing jurisdiction over this cause of action against ALI SLEIMAN SALEH and CINCO DE MAYO, INC..

    9.    All counterfeit and infringing VERSACE products seized by VERSACE and any currently in the possession, custody or control of ALI SLEIMAN SALEH and CINCO

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1 | DE MAYO, INC. shall be destroyed under the direction of VERSACE.

2 |     10.    All counterfeit and infringing VERSACE products currently in the possession, custody or control of ALI SLEIMAN SALEH and CINCO DE MAYO, INC. shall be surrendered to VERSACE and thereafter shall be destroyed under the direction of VERSACE.

    11.    This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court.

**IT IS SO ORDERED.**

DATED: ~~February~~ MARCH 5, 2008

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM AND CONTENT.**

DATED: February 29, 2008      POLLAK, VIDA & FISHER

By: _____
ANNA BIRENBAUM
Attorneys for Defendants,
ALI SLEIMAN SALEH
CINCO DE MAYO, INC.

DATED: February 19, 2008      RICHLAND & ASSOCIATES

By: _____
FELIPA R. RICHLAND
ATTORNEYS FOR PLAINTIFF,
GIANNI VERSACE, S.p.A.

PROOF OF SERVICE
*Versace v. Awada, et al.*
USDC Case 03-3254 GPS (RNBx)

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF LOS ANGELES  )

    I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 8383 Wilshire Boulevard, Suite 708, Beverly Hills, CA 90211.

    On **March 3, 2008,** I served the foregoing document described as **FINAL JUDGMENT UPON CONSENT; PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON WITH RESPECT TO DEFENDANTS: ALI SLEIMAN SALEH AND CINCO DE MAYO, INC.** on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

## SEE ATTACHED PROOF OF SERVICE LIST

    ☐   **(By Overnight Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. I personally prepared envelopes to the above attorneys for the interested parties in this action, for next business day delivery via Overnight Express.

    ☐   **(By Mail)** I caused such envelope with pre-paid postage thereon to be placed in the United States mail at Beverly Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing indicated in this affidavit.

    ☒   **(By Webpage Posting)** I caused the above-referenced document to be uploaded to www.Casehomepage.com on the business day indicated herein.

    ☐   **(By Facsimile)** I caused the above referenced document consisting of ___ pages to be faxed to the numbers indicated above on this date at _____ p.m. directed to the named person(s) above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmissions, copies of which ☐ are attached to this declaration / ☐ will be presented in court at the pertinent hearing upon request.

    ☐   **(By Personal Service)** On the above-referenced date, I personally hand delivered such envelopes to ACADEMY MESSENGER SERVICE for delivery to the offices of the above attorneys for the interested parties in this action at the addresses indicated above.

    ☒   **(Federal)** I am employed by a member of the Bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on **March 3, 2008,** at Beverly Hills, California.

 

_____
SHIRLEY S. ROBLES

# PROOF OF SERVICE LIST
## VERSACE v. AWADA
### USDC Case No.: CV 03-3254 GPS (RNBx)

| | |
|---|---|
| Bruce C. Gridley, Esq.<br>**KANE, BALLMER & BERKMAN, LLP.**<br>515 So. Figueroa Street, Suite 1850<br>Los Angeles, CA 90071 | Gary S. Gray, Esq.<br>**GRAY-DUFFY, LLP**<br>15760 Ventura Boulevard, 16th Floor<br>Encino, CA 91436 |
| MONIR AWADA<br>TRES HERMANOS, INC. | MONIR AWADA<br>TRES HERMANOS, INC. |
| Anna Birenbaum, Esq.<br>**POLLAK, VIDA & FISHER**<br>1800 Century Park East, Suite 400<br>Los Angeles, CA 90067 | |
| ALI SLEIMEN SALEH<br>5DE MAYO, INC.<br>MOUSSA MATAR<br>DENIM PALACE, INC. | |
| James C. Potepan, Esq.<br>**ROPERS, MAJESKI, KOHN & BENTLEY**<br>515 S. Flower Street, Suite 1100<br>Los Angeles, CA 90071 | |
| ALI KHALIL ELREDA<br>HIP HOP CONNECTIONS, INC. | |
| Robert A. Brown, Esq.<br>**LAW OFFICES OF ROBERT A. BROWN**<br>1125 E. Broadway, Suite 116<br>Glendale, CA 91205 | |
| ANA MARIA SANDOVAL<br>JOSE SANDOVAL | |
| Aaron L. McClellan, Esq.<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearney Street, 10th Floor<br>San Francisco, CA 94108 | Keith Moreton, Esq.<br>**TSENG & ASSOCIATES**<br>25 West Rolling Oaks Drive, Suite 211<br>Thousand Oaks, CA 91361 |
| HASSAN SAAB | HASSAN SAAB |

# Notices

2:03-cv-03254-GPS-RNB Gianni Versace v. Monir M Awada, et al (RNBx), AO279

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Richland, Felipa on 3/3/2008 at 1:08 PM PST and filed on 3/3/2008
**Case Name:** Gianni Versace v. Monir M Awada, et al
**Case Number:** 2:03-cv-3254
**Filer:** Gianni Versace S p A
**Document Number:** 1060

**Docket Text:**
NOTICE of Settlement *Final Judgment Upon Consent re Ali S. Saleh & CInco de Mayo* filed by Plaintiff Gianni Versace S p A. (Richland, Felipa)

**2:03-cv-3254 Notice has been electronically mailed to:**

Allan E Anderson    aanderson@rmkb.com

Craig Douglas Aronson    caronson@bergerkahn.com

Anna L Birenbaum    alb@pvandf.com

Robert A Brown    rabstb@roadrunner.com

David A Carman    dcarman@benenatilaw.com

Jeffrey M Cohon    jcohon@cohonpollak.com

Stephen M Gaffigan    smgaffigan@comcast.net

Anthony M Glassman    amg@gbsjlaw.com, bbb@gbsjlaw.com

Gary S Gray    ggray@grayduffylaw.com

Bruce C Gridley    bgridley@kbblaw.com

John J Gulino    law@shufflawfirm.com

Bruce Isaacs    bisaacs@wymanisaacs.com

Shannon M Jenkins    ssilverman@tldlaw.com

Marc A Karlin    karlinlawyers@aol.com

Michael A Lanphere    MLanphere@TLDLaw.com

Christine M MacFarlane    christine.macfarlane@gmail.com

Aaron K McClellan    amcclellan@mpbf.com

Daniel V Nixon    danielnixon@byrnenixon.com

Michael M Pollak    mmp@pvandf.com

James C Potepan    jpotepan@rmkb.com

Erik Priedkalns    erikepriedkalns@sbcglobal.net

Felipa R Richland    feliparichland@sbcglobal.net

Timothy L Skelton    tskelton@rmkb.com

Jody Steinberg    js@hlslaw.com

**2:03-cv-3254 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Philip N Alexander
Philip N Alexander Law Offices
433 N Camden Dr
Suite 600
Beverly Hills, CA 90210

George Chakmakis , Jr
George Chakmakis Jr Law Offices
301 North Canon Dr
Suite 223
Beverly Hills, CA 90210

Martin E Dack
Tredway Lumsdaine & Doyle
1920 Main St, Ste 1000
Irvine, CA 92614

Edward A Esqueda
Edward A Esqueda Law Offices
1455 W Beverly Blvd
Montebello, CA 90640

Bruce A Fields
Haney Buchanan & Patterson
707 Wilshire Blvd, 53rd Fl
Los Angeles, CA 90017

Matthew H Fisher
Pollak Vida and Fisher
1800 Century Park East, 4th Floor
Los Angeles, CA 90067-1507

Mohamed Ghacham
6909 Otis Avenue
Bell, CA 90201

Ramona Gonzalez

14754 Roma Drive
La Mirada, CA 90638

Brian H Gunn
Wolfe & Wyman
5 Park Plaza, Ste 1100
Irvine, CA 92614-5979

Steven H Haney
Haney Buchanan & Patterson
707 Wilshire Blvd, 53rd Fl
Los Angeles, CA 90017

Aftab Alam Malik
Malik Law Offices
10440 Pioneer Boulevard, Suite 6B
Santa Fe Springs, CA 90670-8240

Yamel Mourad
1319 B Los Angeles St
Los Angeles, CA 90015

Dennis G Saab
Dennis G Saab Law Offices
8301 E Florence Ave, Ste 204
Downey, CA 90240

Eric M Schiffer
Wolfe & Wyman
5 Park Plaza, Ste 1100
Irvine, CA 92614-5979

Roger S Shafer
Roger S Shafer Law Offices
2722 E Florence Ave
Huntington Park, CA 90255

Joseph A Shuff, III
Joseph A Shuff Law Offices
2107 N Broadway
Suite 301
Santa Ana, CA 92706

Janna Smith
Wyman & Isaacs
8840 Wilshire Blvd
2nd Fl
Beverly Hills, CA 90211

Jennifer Tina Tseng
Tseng & Associates
25 W Rolling Oaks Dr, Ste 211
Thousand Oaks, CA 91361

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**W:\VERSACE\Suspects\Star City 1\1 CIVIL CASE\Settlement Docs\Pollack Vida & Fischer Defs\Saleh & Cinco de Mayo Inc\Final Judgment Upon Consent.Cinco de Mayo.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/3/2008] [FileNumber=5450655-0]
[0811d931e8df88187da229f9f5a69496529ed29ea87bafc138690e429a3bfbc747c77
ebf8c942579c3ad6a84c4c7356c13208023dda3823debb3638213424013]]

**Shriley Robles**

---

**From:** info@casehomepage.com
**Sent:** Monday, March 03, 2008 1:29 PM
**To:** shirleyrobles@sbcglobal.net
**Subject:** CaseHomePage Upload Case Files Confirmation

The following information has been sent via http://eas2.casehomepage.com/upload.php

This document has not yet been posted on the website. We have received it for processing.

```
Common Case Name:     Versace v. Awada
Individual Case Name:
Case No.:             03-CV 3254 GPS (RNBx)
Firm Name:            RICHLAND & ASSOCIATES
Atty Name:            Felipa R. Richland, Esq.
Doc Name:             Final Judgment Upon Consent.Saleh & Cinco
Doc Type:
Other Type:
Your Name:            Shirley
Email:                shirleyrobles@sbcglobal.net
Phone:                (323) 651-5951
Filename:             Final Judgment Upon Consent.Cinco de Mayo.PDF
Instructions:
```

NOTE: Documents are posted in the order received and will display the date they were submitted in the title. Documents submitted after business hours will be posted no later than the following business morning, but are still deemed served on the date sent. If you have a document that needs immediate attention, please call us at (707) 775-4577 or simply "Reply" to this email confirmation. Thank You!