ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
MAR 24 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

1 | FELIPA R. RICHLAND, SBN 112458
**RICHLAND & ASSOCIATES**
2 | 8383 Wilshire Boulevard
Suite 708
3 | Beverly Hills, CA 90211
(323) 651-5951 - Telephone
4 | (323) 651-1088 - Facsimile

5 | Attorneys for Plaintiff,
GIANNI VERSACE, S.p.A.

COPY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corporation,<br><br>        Plaintiff,<br><br>-vs-<br><br>MONIR M. AWADA, an Individual; MOHAMED BDAIR, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an Individual; SAMIR MOURAD, an Individual; YAMEL | CASE NO.: CV 03-3254 GPS (RNBx)<br><br>**PARTIAL JUDGMENT UPON CONSENT RE LIABILITY; PERMANENT INJUNCTION; AND ~~[PROPOSED]~~ ORDER THEREON, re DEFENDANTS:**<br><br>1. HASSAN SALEH SALEH<br>2. NUEVA TIENDA, INC.<br><br>[FRCP 42]<br><br><br>Complaint Filed: May 9, 2003<br>Trial Date: August 2, 2005 |

LODGED

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

Partial Consent Judgment re Liability re Hassan Saleh Saleh & Nueva Tienda Inc.

ORIGINAL

| | |
|---|---|
| 1 | MOURAD, an Individual; YOUNG JIN ) |
| 2 | PARK, an Individual; ABDEL NABI SAAB, ) an Individual; ALEX SAAB, an Individual; ) |
| 3 | ALI HUSSEIN SAAB, an Individual; ALI ) NAIM SAAB, an Individual; ELSA SAAB, an ) |
| 4 | Individual; HASSAN SAAB, an Individual; ) HUSSEIN YOUSSEF SAAB, an Individual; ) |
| 5 | AHMAD M. SAAB, an Individual; TASHIN ) SAAB, an Individual; YOUSEF SAAB, an ) |
| 6 | Individual; AHMED KHALIL SALEH, an ) Individual; HUSSEIN KHALIL SALEH, an ) |
| 7 | Individual; MAHMOUD KHALIL SALEH, ) an Individual; ABBAS SALEH SALEH, an ) |
| 8 | Individual; ALI SALEH SALEH, an ) Individual; HASSAN SALEH SALEH, an ) |
| 9 | Individual; HUSSEIN SALEH SALEH, an ) Individual; NAJIBE SALEH SALEH, an ) |
| 10 | Individual; ABBAS MAHMOUD SALEH, an ) Individual; ALI SLEIMAN SALEH, an ) |
| 11 | Individual; HUSSEIN ALI SALEH, an ) Individual; MIRIAM S. SALEH, an ) |
| 12 | Individual; MUSTAPHA ALI SALEH, an ) Individual; AHMAD SALIM, an Individual; ) |
| 13 | IKHLAS SALIM, an Individual; ANA ) MARIA SANDOVAL, an Individual; JOSE ) |
| 14 | G. SANDOVAL, an Individual; ALI M. ) TEHFI, an Individual; KHALED TEHFE, an ) |
| 15 | Individual; NAZIH TEHFE, an Individual; ) AMA CASUALS, INC., a California ) |
| 16 | Corporation; AWADA BROS, INC., a ) California Corporation; AWADA ) |
| 17 | BROTHERS, INC., a California Corporation; ) THE BRAND NAME CONNECTION, ) |
| 18 | INC., a California Corporation; CENSO ) UNICO, INC., a California Corporation; ) |
| 19 | DENIM PALACE, INC., a California ) Corporation; GHACHAM, INC., a California ) |
| 20 | Corporation; HIP HOP CONNECTIONS, ) INC., a California Corporation; JAVINCCI, ) |
| 21 | LLC., a California Limited Liability ) Corporation; LA BRAND NAME, INC., a ) |
| 22 | California Corporation; LIMITED ) CLOTHING, INC., a California Corporation; ) |
| 23 | LOS HERMANOS, INC., a California ) Corporation; MAS SPORTSWEAR, INC., a ) |
| 24 | California Corporation; MGM TRADING, ) INC., a California Corporation; MIRAGE ) |
| 25 | CONNECTION, INC., a California ) Corporation; NUEVA TIENDA, INC., a ) |
| 26 | California Corporation dba NUEVA TIENDA; ) SAAB & SONS CLOTHING, INC., a ) |
| 27 | California Corporation; SAAB GROUP, INC., ) a California Corporation; SPORT JEANS, ) |
| 28 | INC., a California Corporation; TRES ) HERMANOS INC., a California Corporation; ) |

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1 and **UNESCO JEANS, INC.**, a California )
  Corporation aka UNESCO, INC., and DOE10, )
2 unknown business entity, Inclusive, )
                                            )
3                              Defendants.  )
                                            )
4 ─────────────────────────────────────

5  Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and
6 Defendants **HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH,
7 HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba*
8 NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;
9 and **NUEVA TIENDA, INC.**, a California Corporation, stipulate and consent to the
10 following Partial Judgment re Liability, with the express understanding that the Court
11 retains jurisdiction over the above-entitled case and the previously bifurcated issue of
12 damages.
13  The parties having agreed to the entry of the following findings of fact and
14 conclusions of law finally disposing of Counts V, VI and VII of the First Amended
15 Complaint asserted by VERSACE, it is hereby ordered, adjudged and decreed that:
16  **WHEREAS, HASSAN SALEH SALEH,** an Individual, *aka* HASSAN R. SALEH,
17 HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba*
18 NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;
19 and **NUEVA TIENDA, INC.**, a California Corporation, adopted and began using
20 trademarks in the United States which infringe or otherwise violate VERSACE's registered
21 trademarks: GIANNI VERSACE, VJC, VERSACE and the MEDUSA designs (the
22 "VERSACE Trademarks") as identified in VERSACE's operative Complaint;
23  **WHEREAS, HASSAN SALEH SALEH,** an Individual, *aka* HASSAN R. SALEH,
24 HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba*
25 NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;
26 and **NUEVA TIENDA, INC.**, a California Corporation use of names and marks which
27 incorporate one or more of the VERSACE Trademarks is likely to cause confusion as to
28 source or origin;

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1  **WHEREAS, HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH,
2  HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba*
3  NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;;
4  and **NUEVA TIENDA, INC.**, a California Corporation, promoted and advertised names
5  and marks which incorporate one or more of the VERSACE Trademarks;

6  **WHEREAS, HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH,
7  HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba*
8  NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;
9  and **NUEVA TIENDA, INC.**, a California Corporation, sold and/or offered for sale
10 merchandise bearing names and marks which incorporate one or more of the VERSACE
11 Trademarks;

12 **WHEREAS, HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH,
13 HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba*
14 NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;
15 and **NUEVA TIENDA, INC.**, a California Corporation, use of names and marks which
16 incorporate one or more of the VERSACE Trademarks was with reckless disregard to
17 VERSACE's rights for the purpose of trading on the good will and reputation of
18 VERSACE.

19 **WHEREAS**, based upon VERSACE's good faith prior use of the VERSACE
20 Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE
21 Trademarks in the United States and any confusingly similar names or marks;

22 **WHEREAS**, VERSACE Trademarks registered, at issue in this matter, and on file
23 with the United States Patent and Trademark Office are famous and distinctive; and

24 **WHEREAS**, this Court has jurisdiction over the parties to this action and over the
25 subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and
26 28 USC 1367,
27 ///
28 ///

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1  **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

2  1.  Defendants **HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH, HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba* NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;; and **NUEVA TIENDA, INC.**, a California Corporation, aforementioned conduct violated Federal Lanham Act as alleged in Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); the Federal Trademark Dilution Act as alleged in Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count VII - TRADEMARK DILUTION (15USC § 1125(c)).

2.  Defendants **HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH, HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba* NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA;; and **NUEVA TIENDA, INC.**, a California Corporation, their parents, children, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in active concert or participation with them, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit 1 of the Complaint/1st Amended Complaint and Ex Parte Application for TRO which are on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

(A)  Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

(B)  Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or confusingly similar mark, trade name, trade dress, logos, design or phonetically similar sounding words or symbols;

(C)   Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D)   Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers; or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E)   Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession, custody or control bearing a design, or mark substantially identical to or confusingly similar with or any or all of the GIANNI VERSACE trademarks or trade dress;

(F)   Diluting and infringing the VERSACE trademarks and damaging VERSACE's goodwill, reputation and businesses;

(G)   Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its subsidiaries or affiliated companies;

(H)   Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

(I)   Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks,

or confusingly similar mark, trade name, trade dress, logos or design;

    (J) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution, advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above; and

    (K) Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

  3. The jurisdiction of this Court is retained for the purpose of determining damages payable to VERSACE, making any further orders necessary or proper for the construction or modification of, the Partial Settlement Agreement, this Partial Consent Judgment re Liability, the enforcement thereof and the punishment of any violations thereof.

  4. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

  5. Judgment is rendered in favor of VERSACE and against **HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH, HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba* NUEVA TIENDA, LA PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA; and **NUEVA TIENDA, INC.**, a California Corporation as to **Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING** (15USC § 1114(1)); **Count VI - FALSE DESIGNATION OF ORIGIN** (15USC §1125(a)); and **Count VII - TRADEMARK DILUTION** (15USC § 1125(c)), subject to the terms of the Partial Settlement Agreement between the parties. This Partial Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues of liability that have been or could have been brought on the same operative facts.

  6. All other claims and causes of action as between VERSACE and **HASSAN SALEH SALEH**, an Individual, *aka* HASSAN R. SALEH, HUSSEIM K. SALEH, HASSAN SALEM, HASSAN A. DAANA, AWAD SALEH, *dba* NUEVA TIENDA, LA

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

1  PALOMA, THE LEVI'S CONNECTION, THE LEVI'S PLAZA; and **NUEVA TIENDA,**
2  **INC.**, a California Corporation are hereby stayed, subject to the terms of the Partial
3  Settlement Agreement between the parties and will be dismissed upon either a settlement
4  between the parties or a determination by this court on the issue of damages.

5      7.    The parties respective attorney's fees and costs incurred in connection with
6  this action shall be reserved as a part of damages as per the agreement of the individual
7  parties in their Partial Settlement Agreement.

8      8.    This Court will retain continuing jurisdiction over this cause to determine
9  damages, enforce the terms of this Partial Consent Judgment and the Partial Settlement
10 Agreement between the parties.

11     9.    All counterfeit and infringing VERSACE products seized by VERSACE and
12 any currently in the possession, custody or control of HASSAN SALEH SALEH and/or
13 NUEVA TIENDA, shall be destroyed under the direction of VERSACE.

14     10.    All counterfeit and infringing VERSACE products currently in the possession,
15 custody or control of HASSAN SALEH SALEH and/or NUEVA TIENDA, INC., shall be
16 surrendered to VERSACE through their attorney RICHLAND & ASSOCIATES and thereafter
17 shall be destroyed under the direction of VERSACE.

18     11.    This Partial Judgment shall be deemed to have been served upon Defendants
19 at the time of its execution by the Court.
20 **IT IS SO ORDERED.**

22 DATED: _Mar. 20, 2008_

_[signature]_
UNITED STATES DISTRICT JUDGE

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

**APPROVED AS TO FORM AND CONTENT.**

DATED: March 25, 2005          CHAKMAKIS & ASSOCIATES

By: _____
George Chakmakis, Esq.
Attorney for Defendants,
HASSAN SALEH SALEH
NUEVA TIENDA, INC

DATED: March 15, 2005          RICHLAND & ASSOCIATES

By: _____
FELIPA R. RICHLAND
ATTORNEYS FOR PLAINTIFF
GIANNI VERSACE, S.p.A.

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS