| | |
|---|---|
| 1 | FELIPA R. RICHLAND, SBN 112458 |
| 2 | **RICHLAND & ASSOCIATES**<br>8383 Wilshire Boulevard |
| 3 | Suite 708<br>Beverly Hills, CA 90211 |
| 4 | (323) 651-5951 - Telephone<br>(323) 651-1088 - Facsimile |
| 5 | Attorneys for Plaintiff, |
| 6 | GIANNI VERSACE, S.p.A. |

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

APR 7 2 8

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 11 | GIANNI VERSACE, S.p.A., a Foreign Corporation, | CASE NO.: CV 03-3254 GPS (RNBx) |
| 12 | | **PARTIAL JUDGMENT UPON CONSENT WITH PERMANENT INJUNCTION; AND [PROPOSED] ORDER THEREON, re DEFENDANT:** |
| 13 | Plaintiff, | |
| 14 | -vs- | |
| 15 | MONIR M. AWADA, an Individual; MOHAMED BDAIR, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an Individual; SAMIR MOURAD, an Individual; YAMEL | **1. MOHAMED IBRAHIM GHACHAM** *dba MEDUSA*<br><br>[FRCP 42]<br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: May 9, 2003<br><br>Trial Date:   June 10, 2008 |

| | |
|---|---|
| 1 | MOURAD, an Individual; YOUNG JIN PARK, an Individual; ABDEL NABI SAAB, an Individual; ALEX SAAB, an Individual; ALI HUSSEIN SAAB, an Individual; ALI NAIM SAAB, an Individual; ELSA SAAB, an Individual; HASSAN SAAB, an Individual; HUSSEIN YOUSSEF SAAB, an Individual; AHMAD M. SAAB, an Individual; TASHIN SAAB, an Individual; YOUSEF SAAB, an Individual; AHMED KHALIL SALEH, an Individual; HUSSEIN KHALIL SALEH, an Individual; MAHMOUD KHALIL SALEH, an Individual; ABBAS SALEH SALEH, an Individual; ALI SALEH SALEH, an Individual; HASSAN SALEH SALEH, an Individual; HUSSEIN SALEH SALEH, an Individual; NAJIBE SALEH SALEH, an Individual; ABBAS MAHMOUD SALEH, an Individual; ALI SLEIMAN SALEH, an Individual; HUSSEIN ALI SALEH, an Individual; MIRIAM S. SALEH, an Individual; MUSTAPHA ALI SALEH, an Individual; AHMAD SALIM, an Individual; IKHLAS SALIM, an Individual; ANA MARIA SANDOVAL, an Individual; JOSE G. SANDOVAL, an Individual; ALI M. TEHFI, an Individual; KHALED TEHFE, an Individual; NAZIH TEHFE, an Individual; AMA CASUALS, INC., a California Corporation; AWADA BROS, INC., a California Corporation; AWADA BROTHERS, INC., a California Corporation; THE BRAND NAME CONNECTION, INC., a California Corporation; CENSO UNICO, INC., a California Corporation; DENIM PALACE, INC., a California Corporation; GHACHAM, INC., a California Corporation; HIP HOP CONNECTIONS, INC., a California Corporation; JAVINCCI, LLC., a California Limited Liability Corporation; LA BRAND NAME, INC., a California Corporation; LIMITED CLOTHING, INC., a California Corporation; LOS HERMANOS, INC., a California Corporation; MAS SPORTSWEAR, INC., a California Corporation; MGM TRADING, INC., a California Corporation; MIRAGE CONNECTION, INC., a California Corporation; NUEVA TIENDA, INC., a California Corporation dba NUEVA TIENDA; SAAB & SONS CLOTHING, INC., a California Corporation; SAAB GROUP, INC., a California Corporation; SPORT JEANS, INC., a California Corporation; TRES HERMANOS INC., a California Corporation; |

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

|   |   |
|---|---|
| 1 | and **UNESCO JEANS, INC.**, a California ) |
|   | Corporation **aka** UNESCO, INC., and **CINCO** ) |
| 2 | **DE MAYO, INC**, a California Corporation *aka* ) |
|   | 5 DE MAYO, INC., *dba* 5 de Mayo, Cinco de ) |
| 3 | Mayo and Five de Mayo, Inclusive, ) |
|   |   ) |
| 4 |                                    Defendants. ) |

Plaintiff, GIANNI VERSACE, S.p.A., a Foreign Corporation ("VERSACE") and Defendant MOHAMED IBRAHIM GHACHAM, an Individual, *dba MEDUSA* aka *MEDUSSA*, stipulate and consent to the following Partial Consent Judgment with Permanent Injunction, with the express understanding that the Court retains jurisdiction over the above-entitled case and the previously bifurcated issue of damages.

The parties having agreed to the entry of the following findings of fact asserted by VERSACE, it is hereby ordered, adjudged and decreed that:

WHEREAS, VERSACE's is the owner of the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United States Patent & Trademark Office.

WHEREAS, the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United States Patent & Trademark Office are valid protectable, subsisting and in full force and effect.

WHEREAS, the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United States Patent & Trademark Office are incontestable.

WHEREAS, based upon VERSACE's good faith prior use of the VERSACE Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE Trademarks in the United States and any confusingly similar names, marks or phonetically similar sounding words or symbols;

WHEREAS, the VERSACE Trademarks at issue in this matter, including the 'Medusa' design marks and designs, and identified as Exhibit A to the Complaint/1st

Amended Complaint, and on Registry with the United States Patent & Trademark Office are world famous and distinctive; and

WHEREAS, this Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1. A retail store once owned by MOHAMED IBRAHIM GHACHAM's which was the subject of a seizure action giving rise to this action, was determined to be selling clothing and fashion accessory items in violation of the Federal Lanham Act as alleged in Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); the Federal Trademark Dilution Act as alleged in Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count VII - TRADEMARK DILUTION (15USC § 1125(c)).

2. Without admitting use, Defendant MOHAMED IBRAHIM GHACHAM, his parents, children, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under their direction and control or in active concert or participation with him, agree to and are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit 1 of the Complaint/1st Amended Complaint and Ex Parte Application for TRO which are on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

    (A) Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

    (B) Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-

genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or confusingly similar mark, trade name, trade dress, logos, design or phonetically similar sounding words or symbols;

(C) Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D) Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E) Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession, custody or control bearing a design, or mark substantially identical to or confusingly similar with or any or all of the GIANNI VERSACE trademarks or trade dress;

(F) Diluting and infringing the VERSACE trademarks and damaging VERSACE's goodwill, reputation and businesses;

(G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its subsidiaries or affiliated companies;

(H) Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

(I) Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks,

Richland & Associates
Attorneys at Law
Beverly Hills

1. or confusingly similar mark, trade name, trade dress, logos or design;

    (J) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution, advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above; and

    (K) Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

3. The jurisdiction of this Court is retained for the purpose of determining damages payable to VERSACE, if any, and making any further orders necessary or proper for the construction or modification of, the Partial Settlement Agreement, this Partial Consent Judgment, the enforcement thereof and the punishment of any violations thereof.

4. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

5. Judgment is rendered in favor of VERSACE and against MOHAMED IBRAHIM GHACHAM, an Individual, subject to the terms of the Partial Settlement Agreement between the parties. This Partial Consent Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

6. All other claims and causes of action as between VERSACE and MOHAMED IBRAHIM GHACHAM, an Individual, are hereby stayed, subject to the terms of the Partial Settlement Agreement between the parties and will be dismissed upon either a settlement between the parties or a determination by this court or binding arbitration on the issue of damages.

7. The parties respective attorney's fees and costs incurred in connection with this action shall be reserved as a part of damages as per the agreement of the individual parties in their Partial Settlement Agreement.

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

8. This Court will retain continuing jurisdiction over this cause to determine damages, enforce the terms of this Partial Consent Judgment and the Partial Settlement Agreement between the parties.

9. All counterfeit and infringing VERSACE products seized by VERSACE and any currently in the possession, custody or control of MOHAMED IBRAHIM GHACHAM, if any, shall be surrendered to VERSACE through their attorney RICHLAND & ASSOCIATES and thereafter shall be destroyed under the direction of VERSACE.

10. Nothing in this Judgment shall be construed or deemed an admission by the parties, nor is there a finding by this Court, that the conduct herein was intentional, deliberate, willful, malicious or fraudulent.

11. This Partial Judgment shall be deemed to have been served upon the Defendant at the time of its execution by the Court.

**IT IS SO ORDERED.**

DATED: 4/4, 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT.

DATED: March 31, 2008

RICHLAND & ASSOCIATES

By: _____
Felipa R. Richland
Attorneys for Plaintiff,
GIANNI VERSACE, S.p.A.

DATED: March 28, 2008

_____
MOHAMED IBRAHIM GHACHAM
In his Individual capacity and dba MEDUSA

# Miscellaneous Filings (Other Documents)

2:03-cv-03254-GPS-RNB Gianni Versace v. Monir M Awada, et al
(RNBx), AO279

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered by Richland, Felipa on 4/1/2008 at 5:04 PM PDT and filed on 4/1/2008
**Case Name:** Gianni Versace v. Monir M Awada, et al
**Case Number:** 2:03-cv-3254
**Filer:** Gianni Versace S p A
**Document Number:** 1101

**Docket Text:**
Partial Judgment Upon Consent with Permanent Injunction; and [Proposed] Order Thereon re Defendant Mohamed I. Ghacham filed by Plaintiff Gianni Versace S p A (Richland, Felipa)


**2:03-cv-3254 Notice has been electronically mailed to:**

Allan E Anderson   aanderson@rmkb.com

Craig Douglas Aronson   caronson@bergerkahn.com

Anna L Birenbaum   alb@pvandf.com

Robert A Brown   rabstb@roadrunner.com

David A Carman   dcarman@benenatilaw.com

Jeffrey M Cohon   jcohon@cohonpollak.com

Stephen M Gaffigan   smgaffigan@comcast.net

Anthony M Glassman   amg@gbsjlaw.com, bbb@gbsjlaw.com

Gary S Gray   ggray@grayduffylaw.com

Bruce C Gridley   bgridley@kbblaw.com

John J Gulino   law@shufflawfirm.com

Steven H Haney   shaney@hbplaw.com

Bruce Isaacs   bisaacs@wymanisaacs.com

Shannon M Jenkins   sjenkins@tldlaw.com

Marc A Karlin   karlinlawyers@aol.com

Michael A Lanphere   MLanphere@TLDLaw.com

Christine M MacFarlane    christine.macfarlane@gmail.com

Aftab Alam Malik    aa@maliklawoffices.com

Aaron K McClellan    amcclellan@mpbf.com

Daniel V Nixon    danielnixon@byrnenixon.com

Michael M Pollak    mmp@pvandf.com

James C Potepan    jpotepan@rmkb.com

Erik Priedkalns    erikepriedkalns@sbcglobal.net

Felipa R Richland    feliparichland@sbcglobal.net

Timothy L Skelton    tskelton@rmkb.com

Jody Steinberg    js@hlslaw.com

**2:03-cv-3254 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Philip N Alexander
Philip N Alexander Law Offices
433 N Camden Dr
Suite 600
Beverly Hills, CA 90210

George Chakmakis , Jr
George Chakmakis Jr Law Offices
301 North Canon Dr
Suite 223
Beverly Hills, CA 90210

Martin E Dack
Tredway Lumsdaine & Doyle
1920 Main St, Ste 1000
Irvine, CA 92614

Edward A Esqueda
Edward A Esqueda Law Offices
1455 W Beverly Blvd
Montebello, CA 90640

Bruce A Fields
Haney Buchanan & Patterson
707 Wilshire Blvd, 53rd Fl
Los Angeles, CA 90017

Matthew H Fisher
Pollak Vida and Fisher
1800 Century Park East, 4th Floor
Los Angeles, CA 90067-1507

Mohamed Ghacham

6909 Otis Avenue
Bell, CA 90201

Ramona Gonzalez
14754 Roma Drive
La Mirada, CA 90638

Brian H Gunn
Wolfe & Wyman
5 Park Plaza, Ste 1100
Irvine, CA 92614-5979

Yamel Mourad
1319 B Los Angeles St
Los Angeles, CA 90015

Dennis G Saab
Dennis G Saab Law Offices
8301 E Florence Ave, Ste 204
Downey, CA 90240

Eric M Schiffer
Wolfe & Wyman
5 Park Plaza, Ste 1100
Irvine, CA 92614-5979

Roger S Shafer
Roger S Shafer Law Offices
2722 E Florence Ave
Huntington Park, CA 90255

Joseph A Shuff, III
Joseph A Shuff Law Offices
2107 N Broadway
Suite 301
Santa Ana, CA 92706

Janna Smith
Wyman & Isaacs
8840 Wilshire Blvd
2nd Fl
Beverly Hills, CA 90211

Jennifer Tina Tseng
Tseng & Associates
25 W Rolling Oaks Dr, Ste 211
Thousand Oaks, CA 91361

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** W:\VERSACE\Suspects\Star City 1\1 CIVIL CASE\Settlement Docs\M. GHACHAM\EFiled Dox\Partial Judgment Upon Consent.PDF
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/1/2008] [FileNumber=5616158-0]
[860dcf2466259b9ba95d2694c45224c075b5597316691f138dc087125a8049b396180

e7097c7df25035e5b1b6f3d46d3e395330b41c7ca7e4c377b842cb486fe]]