1  FELIPA R. RICHLAND, SBN 112458
   **RICHLAND & ASSOCIATES**
2  8383 Wilshire Boulevard
   Suite 708
3  Beverly Hills, CA 90211
   (323) 651-5951 - Telephone
4  (323) 651-1088 - Facsimile

5  Attorneys for Plaintiff,
   GIANNI VERSACE, S.p.A.

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corporation,<br><br>Plaintiff,<br><br>-vs-<br><br>MONIR M. AWADA, an Individual; MOHAMED BDAIR, an Individual; ALI CHAHINE, an Individual; GINNO CHAHINE, an Individual; MOHAMAD N. CHAHINE, an Individual; NADER CHAHINE, an Individual; MOUSSA DAANA, an Individual; AKIL EL REDA, an Individual; ALI KHALIL ELREDA, an Individual; FIRAS MOHAMMAD FAKIH, an Individual; ALI YOUSSEF FARHAT, an Individual; HASSAN MOHAMAD FARHAT, an Individual; MOHAMAD ALI FARHAT, an Individual; YOUSSEF M. FARHAT, an Individual; ALI ADNAN GHACHAM, an Individual; BASSAM ADNAN GHACHAM, an Individual; TAGRID ADNAN GHACHAM, an Individual; ALI DAOUD GHACHAM, an Individual; HUSSEIN DAOUD GHACHAM, an Individual; MOHAMED GHACHAM, an Individual; OSSAMA DAOUD GHACHAM, an Individual; RAMONA GONZALEZ, an Individual; MAHMOUD H. HARB, an Individual; MAHA ASSAAD JOMAA, an Individual; MOUSSA MATAR, an Individual; HUSSEIN MOURAD, an Individual; SAMIR | CASE NO.: CV 03-3254 GPS (RNBx)<br><br>[~~PROPOSED~~] **FINAL JUDGMENT RE LIABILITY FOLLOWING GRANT OF PARTIAL SUMMARY JUDGMENT; PERMANENT INJUNCTION; AND DISMISSAL OF REMAINING CLAIMS re: DEFENDANT**<br><br>1.  **HASSAN SAAB**<br>    *(dba 3 Amigos)*<br><br>[FILED CONCURRENTLY WITH REQUEST FOR ENTRY OF JUDGMENT]<br><br><br><br>Complaint Filed: May 9, 2003<br><br>Trial Date: June 10, 2008 |

| | |
|---|---|
| 1 | MOURAD, an Individual; YAMEL ) |
| 2 | MOURAD, an Individual; YOUNG JIN ) PARK, an Individual; ABDEL NABI SAAB, ) |
| 3 | an Individual; ALEX SAAB, an Individual; ) ALI HUSSEIN SAAB, an Individual; ALI ) |
| 4 | NAIM SAAB, an Individual; ELSA SAAB, an ) Individual; HASSAN SAAB, an Individual; ) |
| 5 | HUSSEIN YOUSSEF SAAB, an Individual; ) AHMAD M. SAAB, an Individual; TASHIN ) |
| 6 | SAAB, an Individual; YOUSEF SAAB, an ) Individual; AHMED KHALIL SALEH, an ) |
| 7 | Individual; HUSSEIN KHALIL SALEH, an ) Individual; MAHMOUD KHALIL SALEH, ) |
| 8 | an Individual; ABBAS SALEH SALEH, an ) Individual; ALI SALEH SALEH, an ) |
| 9 | Individual; HASSAN SALEH SALEH, an ) Individual; HUSSEIN SALEH SALEH, an ) |
| 10 | Individual; NAJIBE SALEH SALEH, an ) Individual; ABBAS MAHMOUD SALEH, an ) |
| 11 | Individual; ALI SLEIMAN SALEH, an ) Individual; HUSSEIN ALI SALEH, an ) |
| 12 | Individual; MIRIAM S. SALEH, an ) Individual; MUSTAPHA ALI SALEH, an ) |
| 13 | Individual; AHMAD SALIM, an Individual; ) IKHLAS SALIM, an Individual; ANA ) |
| 14 | MARIA SANDOVAL, an Individual; JOSE ) G. SANDOVAL, an Individual; ALI M. ) |
| 15 | TEHFI, an Individual; KHALED TEHFE, an ) Individual; NAZIH TEHFE, an Individual; ) |
| 16 | AMA CASUALS, INC., a California ) Corporation; AWADA BROS, INC., a ) |
| 17 | California Corporation; AWADA ) BROTHERS, INC., a California Corporation; ) |
| 18 | THE BRAND NAME CONNECTION, ) INC., a California Corporation; CENSO ) |
| 19 | UNICO, INC., a California Corporation; ) DENIM PALACE, INC., a California ) |
| 20 | Corporation; GHACHAM, INC., a California ) Corporation; HIP HOP CONNECTIONS, ) |
| 21 | INC., a California Corporation; JAVINCCI, ) LLC., a California Limited Liability ) |
| 22 | Corporation; LA BRAND NAME, INC., a ) California Corporation; LIMITED ) |
| 23 | CLOTHING, INC., a California Corporation; ) LOS HERMANOS, INC., a California ) |
| 24 | Corporation; MAS SPORTSWEAR, INC., a ) California Corporation; MGM TRADING, ) |
| 25 | INC., a California Corporation; MIRAGE ) CONNECTION, INC., a California ) |
| 26 | Corporation; NUEVA TIENDA, INC., a ) California Corporation dba NUEVA TIENDA; ) |
| 27 | SAAB & SONS CLOTHING, INC., a ) California Corporation; SAAB GROUP, INC., ) |
| 28 | a California Corporation; SPORT JEANS, ) INC., a California Corporation; TRES ) |

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

| | |
|---|---|
| 1 | **HERMANOS INC.**, a California Corporation; ) |
| 2 | and **UNESCO JEANS, INC.**, a California ) Corporation **aka** UNESCO, INC.,and DOE10, ) |
| 3 | unknown business entity, Inclusive, ) |
| 4 | Defendants. ) |

Pursuant to this Court's March 25, 2008 Order granting Partial Summary Judgment re Liability disposing of Counts V, VI and IX of the First Amended Complaint asserted by VERSACE, as to Defendant Hassan Saab *dba* Tres Amigos and having made the following findings of fact and conclusions of law:

**WHEREAS**, HASSAN SAAB, an Individual, *dba 3 Amigos*, adopted and began using trademarks in the United States which infringe or otherwise violate VERSACE's registered trademarks: GIANNI VERSACE, VJC, VERSACE and the MEDUSA designs (the "VERSACE Trademarks") as identified in VERSACE's Complaint/1st Amended Complaint and on registry with the United States Patent and Trademark Office;

**WHEREAS**, HASSAN SAAB's use of names and marks which incorporate one or more of the VERSACE Trademarks is likely to cause confusion as to source or origin;

**WHEREAS**, HASSAN SAAB, sold and/or offered for sale merchandise bearing names and marks which incorporate one or more of the VERSACE Trademarks;

**WHEREAS**, HASSAN SAAB's use of names and marks which incorporate one or more of the VERSACE Trademarks was for the purpose of trading on the good will and reputation of VERSACE;

**WHEREAS**, the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United States Patent & Trademark Office are valid protectable, subsisting and in full force and effect.

**WHEREAS**, the VERSACE Trademarks at issue in this matter and identified as Exhibit A to the Complaint/1st Amended Complaint, and on Registry with the United States Patent & Trademark Office are incontestable.

///

RICHLAND & ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

**WHEREAS,** VERSACE Trademarks registered, at issue in this matter, including the 'MEDUSA' design marks and designs, and on file with the United States Patent and Trademark Office, are world famous and distinctive;

**WHEREAS,** based upon VERSACE's good faith prior use of the VERSACE Trademarks, VERSACE has superior and exclusive rights in and to the VERSACE Trademarks in the United States and any confusingly similar names, marks or phonetically similar sounding words or symbols; and

**WHEREAS,** this Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 USC 1121(a) and 28 USC 1331, 1338(a) and (b), and 28 USC 1367,

**IT IS ORDERED, ADJUDGED AND DECREED** as follows:

1.  Defendant HASSAN SAAB, an Individual, *dba 3 Amigos*, aforementioned conduct violated Federal Lanham Act as alleged in Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING (15USC § 1114(1)); the Federal Trademark Dilution Act as alleged in Count VI - FALSE DESIGNATION OF ORIGIN (15USC §1125(a)); and Count IX - Unfair Competition (CA B&P Code§ 17200).

2.  Defendant HASSAN SAAB, his parents, children, subsidiaries, related entities, divisions, officers, owners, shareholders, employees, affiliates, servants, representatives, agents, predecessors, assigns and successors in interest of any kind, and all persons, firms, entities, or corporations under his direction and control or in active concert or participation with him, are immediately and permanently enjoined throughout the world from directly or indirectly infringing, counterfeiting, or diluting the VERSACE Trademarks or any marks similar thereto, as identified in Exhibit 1 of the Complaint/1st Amended Complaint and Ex Parte Application for TRO which are on Registry with the United States Patent & Trademark Office, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling, and/or offering for sale any merchandise which infringes said trademarks and specifically from:

///

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

(A) Imitating, copying or making unauthorized use of any or all of the GIANNI VERSACE trademarks or trade dress;

(B) Importing, manufacturing, producing, possessing, distributing, circulating, advertising, promoting, displaying, selling, and/or offering for sale, any non-genuine product bearing any simulation, reproduction, counterfeit, copy, or colorable imitation or reproduces, or utilizes the likenesses of or which copy or are likely to cause consumer confusion with any of the VERSACE trademarks or confusingly similar mark, trade name, trade dress, logos, design or phonetically similar sounding words or symbols;

(C) Manufacturing, distributing, selling or offering for sale or in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce or utilize the likenesses of, or which are likely to cause consumer confusion with any of the VERSACE trademarks;

(D) Using any false designation of origin, false description, including words, symbols or any trademark, trade name, trade dress, logo or design tending to falsely describe or represent, or is likely to confuse, mislead, or deceive purchasers, Defendants' customers, or members of the public, that unauthorized merchandise manufactured, distributed, advertised, sold and/or offered for sale by Defendants originate from VERSACE, or that said merchandise has been sponsored, authorized, endorsed, approved, licensed by, associated, or is in any way connected or affiliated with VERSACE;

(E) Transferring, consigning, selling, shipping or otherwise moving any non-genuine VERSACE goods, packaging or other materials in the Defendants' possession, custody or control bearing a design, or mark substantially identical to or confusingly similar with or any or all of the GIANNI VERSACE trademarks or trade dress;

(F) Diluting and infringing the VERSACE trademarks and damaging VERSACE's goodwill, reputation and businesses;

(G) Otherwise unfairly competing with GIANNI VERSACE, S.p.A., or its subsidiaries or affiliated companies;

///

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

  (H) Passing off or selling any products which are not entirely genuine VERSACE products as and for VERSACE products, including products utilizing VERSACE labels, packaging or containers that have been in any way modified without the written permission of VERSACE;

  (I) Applying to the United States Patent & Trademark Office for the registration of any trademark that is a colorable imitation of any or all of the GIANNI VERSACE trademarks, or confusingly similar mark, trade name, trade dress, logos or design;

  (J) Using the VERSACE trademarks or any such reproduction, counterfeit, copy, or colorable imitation in connection with the manufacture, importation, distribution, advertising, publicity, sale and/or offering for sale, of any other merchandise not referred to above; and

  (K) Instructing, assisting, inducing, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to above.

3. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the construction of this Judgment, the enforcement thereof and the punishment of any violations thereof.

4. Judgment is rendered in favor of VERSACE and against **HASSAN SAAB**, an Individual as to **Count V - TRADEMARK INFRINGEMENT AND COUNTERFEITING** (15USC § 1114(1)); **Count VI - FALSE DESIGNATION OF ORIGIN** (15USC §1125(a)); and **Count IX - UNFAIR COMPETITION** (CA B&P Code§ 17200).

5. This Judgment shall be conclusive for purposes of collateral estoppel regarding all issues that have been or could have been brought on the same operative facts.

6. All remaining causes of action against HASSAN SAAB are dismissed with prejudice.

7. The parties respective attorney's fees and costs incurred in connection with this action shall be reserved as a part of damages, previously settled per the agreement of the parties.

8. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Judgment and Permanent Injunction .

9. All counterfeit and infringing VERSACE products currently in the possession, custody or control of HASSAN SAAB shall be surrendered to VERSACE's attorney RICHLAND & ASSOCIATES and thereafter shall be destroyed under the direction of VERSACE.

10. All counterfeit and infringing VERSACE products seized by VERSACE shall be destroyed under the direction of VERSACE.

11. This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

**IT IS SO ORDERED.**

DATED: May 13, 2008.

/s/ George P. Schiavelli
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM.**

DATED: April 29, 2008                    MURPHY, PEARSON, BRADLEY & FEENEY

By: _____/s/_____
AARON L. MCCLELLAN, ESQ.
Attorneys for Defendant,
HASSAN SAAB

**APPROVED AS TO FORM AND CONTENT.**

DATED: April 29, 2008                    RICHLAND & ASSOCIATES

By: _____/s/_____
FELIPA R. RICHLAND
ATTORNEYS FOR PLAINTIFF,

GIANNI VERSACE, S.p.A.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

8 of 8

# Motions

2:03-cv-03254-GPS-RNB Gianni Versace v. Monir M Awada, et al

(RNBx), AO279

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered by Richland, Felipa on 4/30/2008 at 0:04 AM PDT and filed on 4/30/2008

**Case Name:** Gianni Versace v. Monir M Awada, et al
**Case Number:** 2:03-cv-3254
**Filer:** Gianni Versace S p A
**Document Number:** 1162

**Docket Text:**
NOTICE OF MOTION AND MOTION for Judgment filed by Plaintiff Gianni Versace S p A.Motion set for hearing on 5/5/2008 at 11:00 AM before Judge George P. Schiavelli. (Attachments: # (1) Request for Entry of Final Judgment & Permanent Injunction)(Richland, Felipa)

**2:03-cv-3254 Notice has been electronically mailed to:**

Allan E Anderson    aanderson@rmkb.com

Craig Douglas Aronson    caronson@bergerkahn.com

Anna L Birenbaum    alb@pvandf.com

Robert A Brown    rabstb@roadrunner.com

David A Carman    dcarman@benenatilaw.com

Jeffrey M Cohon    jcohon@cohonpollak.com

Bruce A Fields    bfields@hbplaw.com

Stephen M Gaffigan    smgaffigan@comcast.net

Anthony M Glassman    amg@gbsjlaw.com, bbb@gbsjlaw.com

Gary S Gray    ggray@grayduffylaw.com

Bruce C Gridley    bgridley@kbblaw.com

John J Gulino    law@shufflawfirm.com

Steven H Haney     shaney@hbplaw.com

Bruce Isaacs     bisaacs@wymanisaacs.com

Shannon M Jenkins     sjenkins@tldlaw.com

Marc A Karlin     karlinlawyers@aol.com

Christine M MacFarlane     christine.macfarlane@gmail.com

Aftab Alam Malik     aa@maliklawoffices.com

Aaron K McClellan     amcclellan@mpbf.com

Daniel V Nixon     danielnixon@byrnenixon.com

Michael M Pollak     mmp@pvandf.com, jc@pvandf.com

James C Potepan     jpotepan@rmkb.com

Erik Priedkalns     erikepriedkalns@sbcglobal.net

Felipa R Richland     feliparichland@sbcglobal.net, shirleyrobles@sbcglobal.net

Timothy L Skelton     tskelton@rmkb.com

Jody Steinberg     js@hlslaw.com

**2:03-cv-3254 Notice has been delivered by First Class U. S. Mail or by fax to: :**

Philip N Alexander
Philip N Alexander Law Offices
433 N Camden Dr
Suite 600
Beverly Hills, CA 90210

George Chakmakis , Jr
George Chakmakis Jr Law Offices
301 North Canon Dr
Suite 223
Beverly Hills, CA 90210

Martin E Dack
Tredway Lumsdaine & Doyle
1920 Main St, Ste 1000
Irvine, CA 92614

Edward A Esqueda
Edward A Esqueda Law Offices

1455 W Beverly Blvd
Montebello, CA 90640

Matthew H Fisher
Pollak Vida and Fisher
1800 Century Park East, 4th Floor
Los Angeles, CA 90067-1507

Ramona Gonzalez
14754 Roma Drive
La Mirada, CA 90638

Brian H Gunn
Wolfe & Wyman
5 Park Plaza, Ste 1100
Irvine, CA 92614-5979

Yamel Mourad
1319 B Los Angeles St
Los Angeles, CA 90015

Dennis G Saab
Dennis G Saab Law Offices
8301 E Florence Ave, Ste 204
Downey, CA 90240

Eric M Schiffer
Wolfe & Wyman
5 Park Plaza, Ste 1100
Irvine, CA 92614-5979

Roger S Shafer
Roger S Shafer Law Offices
2722 E Florence Ave
Huntington Park, CA 90255

Joseph A Shuff, III
Joseph A Shuff Law Offices
2107 N Broadway
Suite 301
Santa Ana, CA 92706

Janna Smith
Wyman & Isaacs
8840 Wilshire Blvd
2nd Fl
Beverly Hills, CA 90211

Jennifer Tina Tseng
Tseng & Associates

25 W Rolling Oaks Dr, Ste 211
Thousand Oaks, CA 91361

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\MyFiles\Felipa Work Docs\GV\TSENG\Proposed J and PI.post MSJ.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/30/2008] [FileNumber=5772509-0]
[76f19e4030734df185844d770085a7e7146d3ce385de1a534067969a854feecb5267
082352b18c2b8b9076a257bc2eb6a4e431d127caf08f9ebc797f7c65cc06]]
**Document description:** Request for Entry of Final Judgment & Permanent Injunction
**Original filename:** C:\MyFiles\Felipa Work Docs\GV\TSENG\Req for Entry of J.Final.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=4/30/2008] [FileNumber=5772509-1]
[2c526c59fd458703cf06afc53941b35b3648d66c48c37cf90f2d983d817bf4fc74a9
4a845b2b1c9c1e86e81fa1c5fd1decb8100142462148df85ed704038f7f8]]

PROOF OF SERVICE
*Versace v. Awada, et al.*
USDC Case 03-3254 GPS (RNBx)

STATE OF CALIFORNIA            )
                               ) ss.
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and am not a party to the within action; my business address is 8383 Wilshire Boulevard, Suite 708, Beverly Hills, CA 90211.

On **April 30, 2008,** I served the foregoing document described as [PROPOSED] FINAL JUDGMENT RE LIABILITY FOLLOWING GRANT OF PARTIAL SUMMARY JUDGMENT; PERMANENT INJUNCTION; AND DISMISSAL OF REMAINING CLAIMS RE DEFENDANT HASSAN SAAB on all interested parties in this action, by placing a true copy thereof enclosed in a sealed envelope addressed as indicated below:

## SEE ATTACHED PROOF OF SERVICE LIST

☐ **(By Overnight Mail)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. I personally prepared envelopes to the above attorneys for the interested parties in this action, for next business day delivery via Overnight Express.

☐ **(By Mail)** I caused such envelope with pre-paid postage thereon to be placed in the United States mail at Beverly Hills, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Beverly Hills, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing indicated in this affidavit.

☒ **(By Webpage Posting)** I caused the above-referenced document to be uploaded to www.Casehomepage.com on the business day indicated herein.

☐ **(By Facsimile)** I caused the above referenced document consisting of ___ pages to be faxed to the numbers indicated above on this date at _____ p.m. directed to the named person(s) above. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2005(I), I caused the machine to print a record of the transmissions, copies of which ☐ are attached to this declaration / ☐ will be presented in court at the pertinent hearing upon request.

☐ **(By Personal Service)** On the above-referenced date, I personally hand delivered such envelopes to ACADEMY MESSENGER SERVICE for delivery to the offices of the above attorneys for the interested parties in this action at the addresses indicated above.

☒ **(Federal)** I am employed by a member of the Bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **April 30, 2008,** at Beverly Hills, California.

/s/
SHIRLEY S. ROBLES

# PROOF OF SERVICE LIST
## VERSACE v. AWADA
### USDC Case No.: CV 03-3254 GPS (RNBx)

| | |
|---|---|
| Bruce C. Gridley, Esq.<br>**KANE, BALLMER & BERKMAN, LLP.**<br>515 So. Figueroa Street, Suite 1850<br>Los Angeles, CA 90071 | MONIR AWADA<br>TRES HERMANOS, INC. |
| Gary S. Gray, Esq.<br>**GRAY-DUFFY, LLP**<br>15760 Ventura Boulevard, 16th Floor<br>Encino, CA 91436 | MONIR AWADA<br>TRES HERMANOS, INC. |
| James C. Potepan, Esq.<br>**ROPERS, MAJESKI, KOHN & BENTLEY**<br>515 S. Flower Street, Suite 1100<br>Los Angeles, CA 90071 | ALI KHALIL ELREDA<br>HIP HOP CONNECTIONS, INC. |
| Robert A. Brown, Esq.<br>**LAW OFFICES OF ROBERT A. BROWN**<br>1125 E. Broadway, Suite 116<br>Glendale, CA 91205 | ANA MARIA SANDOVAL<br>JOSE SANDOVAL |
| Aaron L. McClellan, Esq.<br>**MURPHY, PEARSON, BRADLEY & FEENEY**<br>88 Kearney Street, 10th Floor<br>San Francisco, CA 94108 | HASSAN SAAB |
| Keith Moreton, Esq.<br>**TSENG & ASSOCIATES**<br>25 West Rolling Oaks Drive, Suite 211<br>Thousand Oaks, CA 91361 | HASSAN SAAB |