FILED
CLERK, U.S. DISTRICT COURT

SEP 17 2008

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corp. <br><br> Plaintiff, <br><br> vs. <br><br> MONIR M. AWADA, et al., <br><br> Defendants. | NO. CV 03-3254 GPS (RNBx) <br><br> **JUDGMENT** |

In light of this Court's March 25, 2008 Order granting Plaintiff partial summary judgment and the Court's Findings of Fact and Conclusions of Law, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is entered for Plaintiff in its action against Ana Maria Sandoval and Jose Sandoval. Plaintiff may recover its costs.

**IT IS SO ORDERED.**

Dated this 16th day of September, 2008.

GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE

1