| | |
|---|---|
| 1 | FELIPA R. RICHLAND, SBN 112458 |
| | E-mail: felipa@richlandlaw.net |
| 2 | **RICHLAND & ASSOCIATES** |
| | 499 North Cañon Drive, 3rd Floor |
| 3 | Beverly Hills, CA 90210 |
| | (310) 887-7067 - Telephone |
| 4 | (310) 887-7068 - Facsimile |

Attorneys for Plaintiff,
GIANNI VERSACE, S.p.A.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corporation, | CASE NO.: CV 03-3254 GAF (RNBx) |
| Plaintiff, | **NOTICE OF LODGING** [PROPOSED] **JUDGMENT RE DEFENDANTS,** |
| -vs- | |
| **MONIR M. AWADA**, an Individual; **MOHAMED BDAIR**, an Individual; **ALI CHAHINE**, an Individual; **GINNO CHAHINE**, an Individual; **MOHAMAD N. CHAHINE**, an Individual; **NADER CHAHINE**, an Individual; **MOUSSA DAANA**, an Individual; **AKIL EL REDA**, an Individual; **ALI KHALIL ELREDA**, an Individual; **FIRAS MOHAMMAD FAKIH**, an Individual; **ALI YOUSSEF FARHAT**, an Individual; **HASSAN MOHAMAD FARHAT**, an Individual; **MOHAMAD ALI FARHAT**, an Individual; **YOUSSEF M. FARHAT**, an Individual; **ALI ADNAN GHACHAM**, an Individual; **BASSAM ADNAN GHACHAM**, an Individual; **TAGRID ADNAN GHACHAM**, an Individual; **ALI DAOUD GHACHAM**, an Individual; **HUSSEIN DAOUD GHACHAM**, an Individual; **MOHAMED GHACHAM**, an Individual; **OSSAMA DAOUD GHACHAM**, an Individual; **RAMONA GONZALEZ**, an Individual; **MAHMOUD H. HARB**, an Individual; **MAHA ASSAAD JOMAA**, an Individual; **MOUSSA MATAR**, an Individual; **HUSSEIN MOURAD**, an Individual; **SAMIR MOURAD**, an Individual; **YAMEL MOURAD**, an Individual; **YOUNG JIN** | 1. **MONIR M. AWADA**<br>2. **TRES HERMANOS, INC.**<br>3. **AWADA BROTHERS, INC.**<br>4. **AWADA BROS., INC**<br><br>COMPLAINT FILED: May 9, 2003<br><br>TRIAL DATE: April 20, 2010 |

PARK, an Individual; **ABDEL NABI SAAB**, an Individual; **ALEX SAAB**, an Individual; **ALI HUSSEIN SAAB**, an Individual; **ALI NAIM SAAB**, an Individual; **ELSA SAAB**, an Individual; **HASSAN SAAB**, an Individual; **HUSSEIN YOUSSEF SAAB**, an Individual; **AHMAD M. SAAB**, an Individual; **TASHIN SAAB**, an Individual; **YOUSEF SAAB**, an Individual; **AHMED KHALIL SALEH**, an Individual; **HUSSEIN KHALIL SALEH**, an Individual; **MAHMOUD KHALIL SALEH**, an Individual; **ABBAS SALEH SALEH**, an Individual; **ALI SALEH SALEH**, an Individual; **HASSAN SALEH SALEH**, an Individual; **HUSSEIN SALEH SALEH**, an Individual; **NAJIBE SALEH SALEH,** an Individual; **ABBAS MAHMOUD SALEH**, an Individual; **ALI SLEIMAN SALEH,** an Individual; **HUSSEIN ALI SALEH**, an Individual; **MIRIAM S. SALEH**, an Individual; **MUSTAPHA ALI SALEH**, an Individua; **AHMAD SALIM**, an Individual; **IKHLAS SALIM**, an Individual; **ANA MARIA SANDOVAL**, an Individual; **JOSE G. SANDOVAL**, an Individual; **ALI M. TEHFI**, an Individual; **KHALED TEHFE**, an Individual; **NAZIH TEHFE,** an Individual; **AMA CASUALS, INC**., a California Corporation; **AWADA BROS, INC.**, a California Corporation; **AWADA BROTHERS, INC.**, a California Corporation; **THE BRAND NAME CONNECTION, INC.**, a California Corporation; **CENSO UNICO, INC.**, a California Corporation; **DENIM PALACE, INC.,** a California Corporation; **GHACHAM, INC.,** a California Corporation; **HIP HOP CONNECTIONS, INC.,** a California Corporation; **JAVINCCI, LLC.**, a California Limited Liability Corporation; **LA BRAND NAME, INC**., a California Corporation; **LIMITED CLOTHING, INC**., a California Corporation; **LOS HERMANOS, INC.,** a California Corporation; **MAS SPORTSWEAR, INC**., a California Corporation; **MGM TRADING, INC.**, a California Corporation; **MIRAGE CONNECTION, INC.,** a California Corporation; **NUEVA TIENDA, INC**., a California Corporation **dba** NUEVA TIENDA; **SAAB & SONS CLOTHING, INC.**, a California Corporation; **SAAB GROUP, INC.**, a California Corporation; **SPORT JEANS, INC.**, a California Corporation; **TRES HERMANOS INC**., a California Corporation; and **UNESCO JEANS, INC.**, a California

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

-2-

| | |
|---|---|
| Corporation **aka** UNESCO, INC.,and **CINCO DE MAYO, INC**, a California Corporation *aka* 5 DE MAYO, INC., *dba* 5 de Mayo, Cinco de Mayo and Five de Mayo, Inclusive,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) |

TO:   DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that Plaintiff, Gianni Versace S.p.A, is lodging concurrently herewith a PROPOSED JUDGMENT RE DEFENDANTS MONIR M. AWADA , TRES HERMANOS, INC., AWADA BROTHERS, INC. and AWADA BROS., INC. following grant of summary judgment and jury award on May 5, 2010.

DATED: May 13, 2010                    GIANNI VERSACE, S.p.A.


                              By:        /s/
                                   FELIPA R. RICHLAND, Attorney for
                                   Plaintiff GIANNI VERSACE, S.p.A.

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS