FELIPA R. RICHLAND, SBN 112458
E-mail: felipa@richlandlaw.net
**RICHLAND & ASSOCIATES**
499 North Cañon Drive, 3rd Floor
Beverly Hills, CA 90210
(310) 887-7067 - Telephone
(310) 887-7068 - Facsimile

Attorneys for Plaintiff,
GIANNI VERSACE, S.p.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GIANNI VERSACE, S.p.A., a Foreign Corporation,<br><br>    Plaintiff,<br><br>-vs-<br><br>**MONIR M. AWADA**, an Individual; **MOHAMED BDAIR,** an Individual; **ALI CHAHINE**, an Individual; **GINNO CHAHINE**, an Individual; **MOHAMAD N. CHAHINE**, an Individual; **NADER CHAHINE**, an Individual; **MOUSSA DAANA**, an Individual; **AKIL EL REDA**, an Individual; **ALI KHALIL ELREDA**, an Individual; **FIRAS MOHAMMAD FAKIH**, an Individual; **ALI YOUSSEF FARHAT**, an Individual; **HASSAN MOHAMAD FARHAT,** an Individual; **MOHAMAD ALI FARHAT**, an Individual; **YOUSSEF M. FARHAT**, an Individual; **ALI ADNAN GHACHAM**, an Individual**; BASSAM ADNAN GHACHAM**, an Individual; **TAGRID ADNAN GHACHAM**, an Individual; **ALI DAOUD GHACHAM**, an Individual; **HUSSEIN DAOUD GHACHAM**, an Individual; **MOHAMED GHACHAM**, an Individual; **OSSAMA DAOUD GHACHAM**, an Individual; **RAMONA GONZALEZ**, an Individual; **MAHMOUD H. HARB**, an Individual; **MAHA ASSAAD JOMAA**, an Individual; **MOUSSA MATAR**, an Individual; **HUSSEIN MOURAD**, an Individual; **SAMIR MOURAD**, an Individual; **YAMEL** | CASE NO.: CV 03-3254 GAF (RNBx)<br><br>**DECLARATION OF FELIPA R. RICHLAND IN SUPPORT OF PRE-JUDGMENT INTEREST AWARD**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>COMPLAINT FILED: May 9, 2003<br><br>TRIAL DATE: 4/20/10 |

1  **MOURAD**, an Individual; **YOUNG JIN PARK**, an Individual; **ABDEL NABI SAAB**, )
2  an Individual; **ALEX SAAB**, an Individual; **ALI HUSSEIN SAAB**, an Individual; **ALI** )
3  **NAIM SAAB**, an Individual; **ELSA SAAB**, an Individual; **HASSAN SAAB**, an Individual; )
4  **HUSSEIN YOUSSEF SAAB**, an Individual; **AHMAD M. SAAB**, an Individual; **TASHIN** )
5  **SAAB**, an Individual; **YOUSEF SAAB**, an Individual; **AHMED KHALIL SALEH**, an )
6  Individual; **HUSSEIN KHALIL SALEH**, an Individual; **MAHMOUD KHALIL SALEH**, )
7  an Individual; **ABBAS SALEH SALEH**, an Individual; **ALI SALEH SALEH**, an )
8  Individual; **HASSAN SALEH SALEH**, an Individual; **HUSSEIN SALEH SALEH**, an )
9  Individual; **NAJIBE SALEH SALEH,** an Individual; **ABBAS MAHMOUD SALEH**, an )
10 Individual; **ALI SLEIMAN SALEH,** an Individual; **HUSSEIN ALI SALEH**, an )
11 Individual; **MIRIAM S. SALEH**, an Individual; **MUSTAPHA ALI SALEH**, an )
12 Individua; **AHMAD SALIM**, an Individual; **IKHLAS SALIM**, an Individual; **ANA** )
13 **MARIA SANDOVAL**, an Individual; **JOSE G. SANDOVAL**, an Individual; **ALI M.** )
14 **TEHFI**, an Individual; **KHALED TEHFE**, an Individual; **NAZIH TEHFE,** an Individual; )
15 **AMA CASUALS, INC**., a California Corporation; **AWADA BROS, INC.**, a )
16 California Corporation; **AWADA BROTHERS, INC.**, a California Corporation; )
17 **THE BRAND NAME CONNECTION, INC.**, a California Corporation; **CENSO** )
18 **UNICO, INC.**, a California Corporation; **DENIM PALACE, INC.,** a California )
19 Corporation; **GHACHAM, INC.,** a California Corporation; **HIP HOP CONNECTIONS,** )
20 **INC.**, a California Corporation; **JAVINCCI, LLC.**, a California Limited Liability )
21 Corporation; **LA BRAND NAME, INC.**, a California Corporation; **LIMITED** )
22 **CLOTHING, INC**., a California Corporation; **LOS HERMANOS, INC.,** a California )
23 Corporation; **MAS SPORTSWEAR, INC.**, a California Corporation; **MGM TRADING,** )
24 **INC.**, a California Corporation; **MIRAGE CONNECTION, INC.,** a California )
25 Corporation; **NUEVA TIENDA, INC.**, a California Corporation **dba** NUEVA TIENDA; )
26 **SAAB & SONS CLOTHING, INC.**, a California Corporation; **SAAB GROUP, INC.**, )
27 a California Corporation; **SPORT JEANS, INC.**, a California Corporation; **TRES** )
28 **HERMANOS INC.**, a California Corporation; )

R ICHLAND &
A SSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

-2-

1 | and **UNESCO JEANS, INC.**, a California )
2 | Corporation **aka** UNESCO, INC., and **CINCO** )
3 | **DE MAYO, INC**, a California Corporation *aka* )
  | 5 DE MAYO, INC., *dba* 5 de Mayo, Cinco de )
  | Mayo and Five de Mayo, Inclusive, )
4 |                                        )
  |                   Defendants.           )
  |                                        )

I, FELIPA R. RICHLAND, declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. I am the attorney of record for Plaintiff GIANNI VERSACE, S.p.A., and am duly licensed to practice law before all Courts in the State of California, the United States Central and Southern Districts, 9$_{th}$ Circuit and United States Supreme Courts.

The facts stated below are within my personal knowledge, including such knowledge obtained from my review of documents in this matter. As to any matters stated upon belief, I believe them to be true. If called upon as a witness, I would and could competently testify as follows:

1. The Complaint in this action was filed on May 9, 2003.

2. The Jury Verdict awarding Damages to Plaintiff was returned and entered on May 5, 2010.

3. The time period for calculating pre-judgment interest is 7 years (a/o May 8, 2010).

4. I determined the relevant yearly interest calculation by taking the award amount and multiplying it by the applicable prime rate, i.e.,

$20,000,000.00 x 7% = $140,000.00 (per diem = $383.56).

5. I then determined the total interest calculation by taking the yearly interest yield of $140,000.00 and multiplied it by 7 years, the time period following the filing of the Complaint up to and including 3 days following the jury verdict, i.e.,

$140,000.00 x 7 yrs = $ 980, 000.00 (as of May 8, 2010).

Executed this 13th of May, 2010 at Beverly Hills, California.

RICHLAND &
ASSOCIATES
ATTORNEYS AT LAW
BEVERLY HILLS

                                              /s/
                                    FELIPA R. RICHLAND

-3-