EJ-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*: | FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY |
|---|---|
| After recording, return to:<br>Douglas S. de Heras, SBN 190853<br>Prindle, Goetz, Barnes & Reinholtz LLP<br>310 Goldenshore, 4th Floor<br>Long Beach, CA 90802<br><br>TEL NO.: 5624363946   FAX NO. *(optional)*: 8662627784<br>E-MAIL ADDRESS *(Optional)*:<br>[✗] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD<br><br>STREET ADDRESS: 350 W. 1ST STREET, SUITE 4311<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: LOS ANGELES, CA 90012-4565<br>BRANCH NAME: USDC CENTRAL DISTRICT, WESTERN DIV. | |

| PLAINTIFF: GIANNI VERSACE, S.P.A., A FOREIGN CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT: MONIR M. AWADA, TRES HERMANOS, INC. | CV 03-3254 GAF (RNBx) |

| ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT<br>[✗] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT | FOR COURT USE ONLY |
|---|---|

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✗] Full satisfaction
      (1) [ ] Judgment is satisfied in full.
      (2) [✗] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of *(date)*:

2. Full name and address of judgment creditor:*
   GIANNI VERSACE, S.P.A. a Foreign Corp. c/o Prindle Law, 310 Goldenshore, 4th Fl., Long Beach, CA 90802

3. Full name and address of assignee of record, if any:


4. Full name and address of judgment debtor being fully or partially released:*
   GINNO CHAHINE; NADER CHAHINE; ALI CHAHINE; HASSAN MOHAMAD FARHAT;
   c/o Haroon Manjlai, Esq., 6371 Haven Ave., Suite 3-141, Rancho Cucamonga, CA 91701

5. a. Judgment entered on *(date)*: 08/30/2011
   b. [ ] Renewal entered on *(date)*:

6. [✗] An   [✗] abstract of judgment   [✗] certified copy of the judgment has been recorded as follows *(complete all information for each county where recorded)*:

| COUNTY | DATE OF RECORDING | INSTRUMENT NUMBER |
|---|---|---|
| SAN BERNARDINO | 08/27/2014 | 2014-0312172 |

7. [✗] A notice of judgment lien has been filed in the office of the Secretary of State as file number *(specify)*:
   14-7424518612 (08/14/14)

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 01/20/2021

▶ */s/ [signature]*

*(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)*

---

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. July 1, 2014]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Page 1 of 1
Code of Civil Procedure, §§ 724.060,
724.120, 724.250